Jonathan D. Lupkin, Esq. (JL-0792)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
AMUSEMENT INDUSTRY, INC., dba WESTLAND : No. 07 Civ. 11586 (LAK)(GWG)
INDUSTRIES; PRACTICAL FINANCE CO., INC., :
                                         :
                    Plaintiffs,          :
                                         : **NOTICE OF APPEARANCE**
    - against -                          :
                                         :
MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, :
FIRST REPUBLIC REALTY LLC, EPHRAIM       :
FRANKEL, LAND TITLE ASSOCIATES ESCROW,   :
                                         :
                    Defendants.          :
------------------------------------------------------------------------ x

     PLEASE TAKE NOTICE that the undersigned hereby appears in this action as

counsel for defendant Joshua Safrin in the above-captioned matter and demands that a

copy of all papers in this action be served on the undersigned at the address stated.

Dated:    New York, New York
          January 14, 2008

                             FLEMMING ZULACK WILLIAMSON
                                ZAUDERER LLP


                            By:_____/s/_____
                                Jonathan D. Lupkin (JL-0792)

                            One Liberty Plaza
                            New York, New York 10006
                            Tel: (212) 412-9579
                            Fax: (212) 964-9200
                            Email: jlupkin@fzwz.com

                            Attorneys for Defendant Joshua Safrin