|  |  |
|---|---|
| COUNTY OF | INDEX NO: 07 CV 11586 |
| UNITED STATES DISTRICT COURT | FILED ON: |
|  | DISTRICT: Southern/New York |

*Amusement Industry, Inc., a California corporation dba Westland Industries, et ano*

vs                                                                                                          Plaintiff(s)

*Moses Stern, an individual aka Mark Stern; et al*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 2, 2008, at 4:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action with Complaint and Civil Cover Sheet, on First Republic Group LLC h/s/a First Republic Group Realty LLC

Defendant in this action, by delivering to and leaving with Chad Matice, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 303 Limited Liability Company Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by   ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at:

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 25 years   Approx. weight: 190   Approx. Ht.: 6'2'
Sex: Male   Color of skin: White   Color of hair: Brown   Other: Glasses

Sworn to before me on   January 2, 2008

*(signature)*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*(signature)*
Stephen L. Collen
Invoice•Work Order # 0800001

RR

AO 440 (Rev. 10/93) Summons in a Civil Action — **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** DATE: 1/2/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
FIRST REPUBLIC GROUP ~~REALTY C/O SECRETARY OF STATE~~ LLC h/s/a First Republic Group Realty LLC

Place where served: Chad Matice
Secretary of State, 41 State St., Albany NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:
SEX: M   AGE: 25   HEIGHT: 6'2"   WEIGHT: 190   SKIN: White   HAIR: Brown   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___     SERVICES $ ___.___     TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01/02/2008     _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARC D. YOUNGELSON, ESQ.
PLAINTIFF: AMUSEMENT INDUSTRY, INC., ET AL
DEFENDANT: MOSES STERN, ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 07 CV 11586

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE ||||
|---|---|---|---|
| Service of the Summons and Complaint was made by me || DATE | 01/02/2008 |
| NAME OF SERVER Stephen L. Collen || TITLE | |

Check one box below to indicate method of service

[X] Served personally upon the defendant, Place where served: Office of the Secretary of State, 41 State St., Albany NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Execution on 01/02/2008
Date

Signature of Server

424 Rt. 9W, Glenmont NY 12077
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1302953 v1