UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., a California corporation dba WESTLAND INDUSTRIES; PRACTICAL FINANCE CO., INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MOSES STERN, an individual aka MARK STERN; JOSHUA SAFRIN, an individual; FIRST REPUBLIC GROUP REALTY LLC, a Delaware limited liability company; EPHRAIM FRENKEL, an individual; LAND TITLE ASSOCIATES ESCROW, a New York limited liability company,<br><br>　　　　　　Defendants. | 07-CV-11586 (UA)<br><br>CERTIFICATION OF SERVICE |

STATE OF NEW JERSEY ）
　　　　　　　　　　　）ss.:
COUNTY OF ESSEX 　　）

　　Marc D. Youngelson, Esq., hereby certifies:

　　1.　　I am associated with Sills Cummis & Gross P.C., counsel to plaintiffs herein. I am over 18 years of age and not a party to this litigation. Except where otherwise stated, I have personal knowledge of the facts set forth herein.

　　2.　　On January 4, 2008, I caused copies of plaintiffs' (i) Summons, (ii) Complaint, (iii) Civil Cover Sheet, and (iv) Rule 7.1 Disclosure Statement in the Action to be served upon defendant First Republic Group Realty LLC ("First Republic"), by registered mail, return receipt requested, at the following addresses: (a) First Republic Group Realty

LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 10908; (b) First Republic Group Realty LLC, 241 Fifth Avenue, Room 302, New York, NY 10016; and (c) First Republic Realty Group LLC, 25 Robert Pitt Drive, Monsey, NY 10952. See Exhibit A hereto.

      3.      On January 8 and January 9, 2008, First Republic accepted delivery of papers at all three locations. See Exhibits B-D hereto.

      I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2008

                                                _____
                                                Marc D. Youngelson

# A

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Marc D. Youngelson**
Associate
Direct Dial: (973) 643-5279
E-mail: myoungelson@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

January 4, 2008

<u>Via Registered Mail (return receipt requested)</u>

First Republic Group Realty LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 10908

First Republic Realty Group LLC
25 Robert Pitt Drive
Monsey, NY 10952

First Republic Group Realty LLC
241 Fifth Avenue, Room 302
New York, NY 10016

Re: <u>Amusement Industry, Inc. et al. v. Stern et al.
Civil Action No. 07-11586</u>

Dear Sir/Madam:

We represent plaintiffs Amusement Industry, Inc. and Practical Finance Co., Inc. (together, "plaintiffs") in the above-referenced action (the "Action"). Enclosed herewith are copies of plaintiffs' (i) Summons, (ii) Complaint, (iii) Civil Cover Sheet, and (iv) Rule 7.1 Disclosure Statement in the Action. On January 2, 2008, plaintiffs served copies of the foregoing papers upon First Republic Group Realty LLC at the New York Secretary of State.

Sincerely,

*/s/ Marc D. Youngelson*

Marc D. Youngelson

Enclosures

# B

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7002 2030 0001 6799 4602

Sent To: First Republic Realty Group LLC
Street, Apt No.; or PO Box No.: 25 Robert Pitt Drive
City, State, ZIP+4: Monsey, NY 10952

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Republic Realty Group LLC
25 Robert Pitt Drive
Monsey, NY 10952

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jessica Strikes*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): JESSICA STRIKS
C. Date of Delivery: 1/08/08

D. Is delivery address different from item 1? ☒ Yes  ☐ No
If YES, enter delivery address below:
Suite #103

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0001 6799 4602

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

C

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7002 2030 0001 6799 4619

Sent To: First Republic Group Realty LLC
Street, Apt. No.; or PO Box No.: c/o Corporation Service Company
2711 Centerville Road, Suite 400
City, State, ZIP+4: Wilmington, DE 10908

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Republic Group Realty LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 10908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Laura Cooper    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
WILMINGTON  JAN 09 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7002 2030 0001 6799 4619

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# D

Case 1:07-cv-11586-LAK-GWG    Document 9    Filed 01/15/2008    Page 9 of 11





UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0001 6799 4596**
Status: **Delivered**

Your item was delivered at 1:03 PM on January 8, 2008 in NEW YORK, NY 10016.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/14/2008