| | | |
|---|---|---|
| STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT | COUNTY OF | INDEX NO: 07 CV 11586<br>FILED ON: December 27, 2007<br>DISTRICT: Southern/New York |

*Amusement Industry, Imc. a California Corporation dba Westland Industries; Practical Finance Co., Inc., a California Corporation*

                                                   Plaintiff(s)

vs

*Moses Stern, an individual aka Mark Stern, et al*

                                                   Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

__Stephen L. Collen__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __January 11, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed __Summons In A Civil Action and Complaint  Civil Cover Sheet__, on __Land Title Associates Agency LLC__,

Defendant in this action, by delivering to and leaving with __Carol Vogt__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __303 Limited Liability Company Law__.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by   ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.
Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: __47 years__   Approx. weight: __110 lbs.__   Approx. Ht.: __5' 1"__
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on __January 14, 2008__

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0800276

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**    DATE: 01/14/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant: Land Title Associates Agency LLC. C/O Secretary of State, Carol Vogt, auth. agent.

Place where served:
41 State St., Albany, NY 12207

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 47  HEIGHT: 5'1"  WEIGHT: 110  SKIN: White  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: Jan / 14 / 2008    _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | PHILIP R. WHITE, ESQ. |
| PLAINTIFF: | AMUSEMENT INDUSTRY INC., ET AL |
| DEFENDANT: | MOSES STERN, ET AL |
| VENUE: | DISTRICT SDNY |
| DOCKET: | 07 CV 11586 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.