Jonathan D. Lupkin, Esq. (JL-0792)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AMUSEMENT INDUSTRY, INC., dba WESTLAND     :   No. 07 Civ. 11586 (LAK)(GWG)
INDUSTRIES; PRACTICAL FINANCE CO., INC.,   :
                                           :
                    Plaintiffs,            :
                                           :
        - against -                        :
                                           :
MOSES STERN, aka MARK STERN; JOSHUA SAFRIN,:
FIRST REPUBLIC REALTY LLC, EPHRAIM         :
FRANKEL, LAND TITLE ASSOCIATES ESCROW,     :
                                           :
                    Defendants.            :
-------------------------------------------------------------- x

**STIPULATION**

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/16/08]

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, as follows:

    1.   Defendant Joshua Safrin's ("Safrin") time to answer, move, or otherwise respond to the complaint in the above-captioned action be and hereby is extended through and including February 27, 2008; and

    2.   Safrin hereby waives any objection he may have had to the sufficiency of service of process upon him or to this Court's lack of personal jurisdiction over him. Safrin explicitly reserves any and all other defenses available to him under applicable law.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

300845

Dated: New York, New York
January 14, 2008

SILLS CUMMIS & GROSS, P.C.

By: _____
Philip R. White (PW-9431)

One Rockefeller Plaza
New York, New York  10020
Tel: (212) 643-7000
Fax: (212) 643-5000
Email: myoungelson@sillscummis.com

*Attorneys for Plaintiffs*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Jonathan D. Lupkin, Esq. (JL-0792)

One Liberty Plaza
New York, New York  10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant Joshua Safrin*

SO ORDERED:

_____
U.S.D.J.

1/15/08

300845