AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

Amusement Industry et al

v

Moses Stern, et. al

**APPEARANCE**

Case Number: 07 Civ 11586

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

First Republic Realty LLC
Ephraim Frenkel
Land Associates Escrow
Moses Stern

I certify that I am admitted to practice in this court.

1/18/07
Date

Hoffinger, Stern + Ross LLP

*Philip Ross* (Signature)

Philip S Ross    PR-0867
Print Name       Bar Number

150 East 58th ST  19th Floor
Address

New York    NY    11023
City        State  Zip Code

212-421-4100    212-223-3857
Phone Number     Fax Number