KAPLAN

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

Philip S. Ross, Esq. (PR-085 )
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel: (212)421-4000
Fax: (212)223-3857
E-Mail: pross@hsrlaw.com

RECEIVED
JAN 28 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES PRATICAL FINANCE CO., INC.,

                Plaintiffs,

    -against-

MOSES STERN, aka MARK STERN,
JOSHUA SAFRIN, FIRST REPUBLIC REALTY,
LLC, EPHRAIM FRANKEL, LAND TITLE
ASSOCIATES ESCROW,

                Defendants.
------------------------------------------------------------X

No.
07 CIV. 11586 (LAK)(GWG)

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, as follows:

    1.  Defendants Moses Stern, aka Mark Stern, First Republic Realty Group, LLC, Ephraim Frankel and Land Title Associates Escrow (the "Defendants") time to answer move or otherwise respond to complaint in the above-captioned action be and hereby is extended through and including February 27, 2008; and

    2.  Defendants hereby waive any objection they may have had to the sufficiency of service of process upon them or to this Court's lack of personal jurisdiction over them. Defendants explicitly

{250647.RTF}

reserve any and all other defenses available to them under applicable law.

Dated: January 18, 2008
New York, New York

Sills Cummis & Gross, PC

By: /s/ Philip R. White

Philip R. White, Esq. (PW-9431)
Attorneys for Plaintiffs
One Rockefeller Plaza
New York, NY 10020
Tel: (212)643-7000
Fax: (212)643-5000

Hoffinger Stern & Ross, LLP

By: /s/ Philip S. Ross

Philip S. Ross, Esq. (PR-0867)
Attorneys for Defendants
150 East 58th Street, 19th Floor
New York, NY 10155
Tel: (212)421-4000
Fax: (212)223-3857

So Ordered:

_____
U.S.D.J.

1/25/08