Stephen R. Stern, Esq. (SRS-5665)
Philip S. Ross, Esq. (PR-0867)
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:   (212)421-4000
Fax:   (212)223-3857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRATICAL FINANCE CO., INC.,            :

                                   Plaintiffs,    :
                                                        No. 07 CIV.
          -against-                               :     11586(LAK)(GWG)

MOSES STERN, aka MARK STERN,                       :
JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY, LLC,                  :     NOTICE
EPHRAIM FRENKEL,                                         OF MOTION
LAND TITLE ASSOCIATES ESCROW                       :

                                   Defendants.    :
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Stephen R. Stern, duly sworn to on February 27, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Motion to Dismiss, Defendants Moses Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, for an order dismissing with prejudice, the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and for such other and further relief in favor of said Defendants as the Court deems appropriate.

{250804.DOC}

Dated: New York, New York
February 27, 2008

                                          HOFFINGER STERN & ROSS, LLP
                                          Attorneys for Defendants Moses Stern, First
                                          Republic Group Realty, LLC, Ephraim
                                          Frenkel and Land Title Associates Escrow

                                          _____
                                          By: Stephen R. Stern
                                              Philip S. Ross
                                          150 East 58th Street, 19th Floor
                                          New York, New York 10155
                                          (212) 421-4000

To:    Philip R. White
        Marc. D. Youngelson
        Sills Cummis & Gross P.C.
        One Rockefeller Plaza
        New York, New York 10020

        Allen P. Sragrow
        Sragrow & Sragrow
        6665 Long Beach Boulevard, Suite B-22
        Long Beach, California 90805

{250804.DOC}