# EXHIBIT A

| Claim | Name Of Claim | Nature Of Allegations | Basis For Dismissal |
|---|---|---|---|
| 1 | Declaratory Relief as to Ownership of Property Against Stern, Safrin & First Republic LLC | Seeking declaratory relief alleging Amusement 50% Owner of the Property Portfolio or 100% Owner of the Property Portfolio Based Upon LOI or July 11 Counter Offer (¶¶70-73) | Point I, Point II & Point III of Defendants' Brief |
| 2 | Quiet Title as to Real Property as Against First Republic LLC | Alleging Amusement 100% Owner of Property Portfolio Based in part, on LOI or July 11 Counter Offer (¶¶74-79) | Point I & Point II of Defendants' Brief |
| 3 | Quiet Title as to LLC Membership Interests Against Stern & Safrin | Alleging Amusement 100% Owner of LLC's Based, in part, on LOI or July 11 Counter Offer (¶¶80-84) | Point I, Point II & Point III of Defendants' Brief |
| 4 | Judicial Foreclosure of Real Property Against First Republic LLC | Alleging Amusement entitled to Foreclosure of Properties in Property Portfolio Based Upon LOI or Escrow Agreement or $13,000,000.00 Promissory Note or $15,000,000 Promissory Note (¶¶85-92) | Point I & Point II of Defendants' Brief |
| 5 | Judicial Foreclosure of Personal Property LLC Membership Against Stern & Safrin | Alleging Amusement entitled to Judicial Foreclosure Against Personal Property of LLCs based upon LOI or Escrow Agreement or $13,000,000 Promissory Note or $15,000,000 Promissory Note (¶¶93-100) | Point I, Point II & Point III of Defendants' Brief |
| 6 | Breach Of Contract - Failure To Repay Investment, Against Stern, Safrin & First Republic | Alleging Breach of Contract based on the LOI or July 11 Counter Offer(¶¶101-108) | Point I, Point II & Point III of Defendants' Brief |
| 7 | Breach Of $13,000,000 Promissory Note Against Stern | Alleging Breach of $13,000,000 Promissory Note Against Stern (¶¶109-114) | Point I of Defendants' Brief |
| 8 | Breach Of Contract - Specific Performance for 50% Ownership Of First Republic LLC, Against Stern, Safrin & First Republic LLC | Alleging Breach of Contract of the Letter of Intent and Inconsistently Breach of Contract of the July 11 Counter Offer (¶¶115-120) | Point I, Point II & Point III of Defendants' Brief |

{250798.DOC}

| Claim | Name Of Claim | Nature Of Allegations | Basis For Dismissal |
|---|---|---|---|
| 9 | Breach Of Contract- Money Damages for 50% Ownership Of First Republic LLC, Against Stern, Safrin & First Republic | Alleging Breach of Contract of the LOI or the July 11, 2007 Counter Offer (¶¶121-128) | Point I, Point II & Point III of Defendants' Brief |
| 10 | Breach of $15,000,000 Promissory Note Against Stern | Alleging Breach of $15,000,000 Promissory Note Against Stern (¶¶129-134) | Point I of Defendants' Brief |
| 11 | Breach Of Contract- Specific Performance For 100% Ownership Of First Republic LLC, Against Stern, Safrin & First Republic LLC | Alleging Breach of Contract of the July 11, 2007 Counter Offer (¶¶135-142) | Point I, Point II & Point III of Defendants' Brief |
| 12 | Breach Of Contract – Money Damages For 100% Ownership Of First Republic LLC, Against Stern, Safrin & First Republic LLC | Alleging Breach of Contract of the July 11 Counter Offer (¶¶143-150) | Point I, Point II and Point III of Defendants' Brief |
| 13 | Breach Of Escrow Contract Against Frankel & Land Escrow | Alleging Breach of Escrow Contract in Releasing Escrow of $13,000,000 (¶¶151-156) | Point I, Point III & Point VI of Defendants' Brief |
| 14 | Breach of Fiduciary Duty Against Frankel & Land Escrow | Alleging Breach of Fiduciary Duty in Release of Escrow of $13,000,000 (¶¶157-165) | Point I, Point III and Point IV of Defendants' Brief |
| 15 | Fraud In The Inducement – Against Stern & Safrin (Regarding Need for $13,000,000) | Alleging Fraudulent Inducement of Plaintiffs' $13,000,000 Investment because defendants knew they only required approximately $9,000,000 (¶¶166-174) | Point I & Point V of Defendants' Brief |
| 16 | Breach Of Contract – Against Stern & Safrin (Regarding Use of $13,000,000) | Alleging Breach of Promise to Retain the $4,000,000 in Excess Remaining after Closing (¶¶175-181) | Point I & Point III of Defendants' Brief |
| 17 | Fraud In The Inducement – Against Stern & Safrin | Alleging the Citibank Loans Could be Repaid and Refinanced (¶¶182-193) | Points I, IV & V of Defendants' Brief |

{250798.DOC}

| Claim | Name Of Claim | Nature Of Allegations | Basis For Dismissal |
|---|---|---|---|
| 18 | Negligent Misrepresentation – Against Stern & Safrin (Regarding Ability To Refinance) | Alleging Stern and Safrin Represented That the Investment Would be Repaid by Refinancing the Loan Within 60 days (¶¶194-198) | Points I, IV & V of Defendants' Brief |
| 19 | Fraud – Inducement Of Escrow – Against Stern & Safrin (Regarding Consent To Release Funds From Escrow) | Alleging Stern and Safrin Made Fraudulent Representations to Land Escrow and Frankel Based upon which Frankel and Land Escrow Released the $13,000,000 in Escrow (¶¶199-205) | Point I & Point V of Defendants' Brief |
| 20 | Negligent Misrepresentation – Inducement Of Escrow – Against Stern & Safrin (Regarding Consent To Release Funds From Escrow) | Alleging Stern and Safrin Made Negligent Misrepresentation to Land Escrow and Frankel Upon Which They Relied and Released the $13,000,000 in Escrow (¶¶206-212) | Points I, IV & V of Defendants' Brief |
| 21 | Fraud – Concealment And False Promise, Against Stern, Safrin & First Republic LLC (Regarding Ability To Transfer And/Or Pledge Assets) | Alleging Defendants Falsely Concealed that Citibank Loan Documents Contained Various Transfer Restrictions (¶¶213-222) | Point I, Point IV & Point V of Defendants' Brief |
| 22 | Negligent Misrepresentation Against Stern, Safrin & First Republic LLC (Regarding Ability To Transfer And/Or Pledge Assets) | Alleging Inconsistently Defendants Negligently Represented and Concealed that Citibank Loan Documents Contained Various Transfer Restrictions (¶¶223-227) | Points I, IV & V of Defendants' Brief |
| 23 | Fraud – False Promise, Against Stern, Safrin & First Republic LLC (Regarding Delivery Of Partnership Agreement) | Alleging Defendants Promised That if the Assignments Were Invalid or Failed to Provide Amusement with 50% Ownership, Then They Would Provide Additional Ownership and Security Agreements (¶¶228-234) | Points I & V of Defendants' Brief |
| 24 | Conversion Against Stern & Safrin | Alleging Inconsistently that Stern and Safrin have Converted the $13,000,000 (¶¶235-241) | Point I & Point VII of |

{250798.DOC}

| Claim | Name Of Claim | Nature Of Allegations | Basis For Dismissal |
|---|---|---|---|
| 25 | Conspiracy to Commit Conversion and Fraud Against Stern, Safrin, Frankel & Land Escrow | Alleging Stern, Safrin, Frankel & Land Escrow Have Conspired to Commit Conversion and Fraud (¶¶242-247) | Defendants' Brief Point I & Point VII of Defendants' Brief |
| 26 | Unjust Enrichment Against Stern, Safrin, First Republic, Frankel & Land Escrow | Alleging all Defendants' Were Unjustly Enriched in the Amount of $13,000,000 (¶¶248-256) | Points I, III & IX of Defendants' Brief |
| 27 | Breach Of Fiduciary Duty Against Stern, Safrin And First Republic LLC | Alleging Defendants failed to exercise the care required of them because they took plaintiffs' money without providing them any of the promised benefits (¶¶257-262) | Points I, IV & V of Defendants' Brief |

{250798.DOC}