## CERTIFICATION OF SERVICE BY E-FILING AND OVERNIGHT DELIVERY SERVICE

STATE OF NEW YORK   )
                      )ss.:
COUNTY OF NEW YORK )

    **Philip S. Ross,** being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

    That on February 27, 2008, copies of **DEFENDANTS Mark Stern's, First Republic Group Realty LLC's, Ephram Frenkel's and Land Title Associates Escrow's MOTION TO DISMISS COMPLAINT, SUPPORTING PAPERS AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS** enclosed within was served upon:

                Jonathan D. Lupkin, Esq.
                Flemming Zulack Williamson Zauderer
                One Liberty Plaza
                New York, New York 10006
                Attorneys for Defendant-Joshua Safrin
                airbill no. 865170184910

                Philip R. White, Esq.
                Sills Cummis & Gross, PC
                One Rockefeller Plaza
                New York, New York 10020
                Attorneys for Plaintiffs
                airbill no. 865170184942

                Allen P. Sragow, Esq.
                Sragow & Sragow, LLP
                6665 Long Beach Blvd., Suite B22
                Long Beach, CA 90805
                Attorneys for Plaintiffs
                airbill no. 865170184931

by e-filing and the address designated by said attorneys for that purpose by delivering a true copy of same enclosed in a pre-paid properly addressed wrapper, under the above airbill number issued by Federal Express under the exclusive care and custody of Federal Express within the State of New York.

                                      _Philip S. Ross_
                                        Philip S. Ross

MARK W. GEISLER
Notary Public, State of New York
No. 02GE4833871
Qualified in Westchester County
Commission Expires December 31, 2009

{250806.DOC}