UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMUSEMENT INDUSTRY, INC., et al.,

                Plaintiffs,

-against-                              07 Civ. 11586 (LAK)

MOSES STERN, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Certain defendants have filed a motion to dismiss supported by a variety of different papers. Contrary to the Court's procedures, each separate paper has been docketed as a motion. None is accurately described in the docket entry.

      Accordingly, the motion [DI 16 through 24] is denied without prejudice to renewal. Any renewed motion shall docket the notice of motion, each affidavit or declaration with any exhibits, and the memorandum of law separately. Each docket entry shall accurately describe the paper to which it pertains. Exhibits to an affidavit or declaration shall be filed as attachments to the affidavit or declaration. If counsel has questions about the proper method of filing, counsel may consult the Clerk's Office.

      SO ORDERED.

Dated: February 28, 2008

                                                    Lewis A. Kaplan
                                                    United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```