Jean Marie Hackett, Esq. (JH-1784)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jhackett@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

AMUSEMENT INDUSTRY, INC., dba WESTLAND : No. 07 Civ. 11586 (LAK)(GWG)
INDUSTRIES; PRACTICAL FINANCE CO., INC.,    :
                                            :
                Plaintiffs,                 :
                                            : **NOTICE OF APPEARANCE**
    - against -                             :
                                            :
MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, :
FIRST REPUBLIC REALTY LLC, EPHRAIM          :
FRANKEL, LAND TITLE ASSOCIATES ESCROW,      :
                                            :
                Defendants.                 :
------------------------------------------------------------------------ x

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendant Joshua Safrin in the above-captioned matter and demands that a copy of all papers in this action be served on the undersigned at the address stated.

Dated:   New York, New York
         March 13, 2008

                                            FLEMMING ZULACK WILLIAMSON
                                               ZAUDERER LLP


                                   By:_____/s/_____
                                       Jean Marie Hackett (JH-1784)

                                   One Liberty Plaza
                                   New York, New York 10006
                                   Tel: (212) 412-9579
                                   Fax: (212) 964-9200
                                   Email: jhackett@fzwz.com

                                   Attorneys for Defendant Joshua Safrin