

Jonathan D. Lupkin, Esq. (JL-0792)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
AMUSEMENT INDUSTRY, INC., dba WESTLAND : No. 07 Civ. 11586 (LAK)(GWG)
INDUSTRIES; PRACTICAL FINANCE CO., INC., :
:
                    Plaintiffs, :
: **STIPULATION**
  - against - :
:
MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, :
FIRST REPUBLIC REALTY LLC, EPHRAIM :
FRANKEL, LAND TITLE ASSOCIATES ESCROW, :
:
                    Defendants. :
------------------------------------------------------------- x

      WHEREAS, the parties appeared before the Court in the above-captioned action on February 28, 2008 for a conference pursuant to Fed. R. Civ. P. 16; and

      WHEREAS on March 5, 2008, the Court entered a scheduling order that set, *inter alia*, April 1, 2008 and May 1, 2008 as the deadlines for the amendment of pleadings (the ("Amendment Deadline")and the joinder of parties (the "Joinder Deadline"), respectively; and

      WHEREAS the parties believe that for reasons of efficiency, the Amendment Deadline and Joinder Deadline should be coordinated so as to fall on the same date, May 1, 2008; and

      WHEREAS the adjustment of the Amendment Deadline from April 1, 2008 to May 1, 2008, does not alter the overall deadline for the completion of discovery in this matter; and



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

WHEREAS, this is the first request for the alteration of any date set forth in the Court's scheduling order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the Amendment Deadline, be and hereby is, adjusted from April 1, 2008 to May 1, 2008 so as to coincide with the extant Joinder Deadline.

This stipulation may be executed in counterparts.

Dated: New York, New York
March 10, 2008

SILLS CUMMIS & GROSS, P.C.

By: /s/ Philip R. White
Philip R. White (PW-1431)
Marc D. Youngelson (MY-     )

One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-5000
Email: myoungelson@sillscummis.com

*Attorneys for Plaintiffs*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Jonathan D. Lupkin, Esq. (JL-0792)

One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant Joshua Safrin*

HOFFINGER STERN & ROSS, LLP

By: _____
Stephen R. Stern (SS-     )

150 East 58th Street
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 223-3857
Email: srstern@hsrlaw.com

*Attorneys for Moses Stern, First Republic Realty LLC, Ephraim Frenkel and Land Title Associates Escrow*

SO ORDERED:
/s/ _____
U.S.D.J.

3/19/08

WHEREAS, this is the first request for the alteration of any date set forth in the Court's scheduling order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the Amendment Deadline, be and hereby is, adjusted from April 1, 2008 to May 1, 2008 so as to coincide with the extant Joinder Deadline.

This stipulation may be executed in counterparts.

Dated: New York, New York
March 10, 2008

SILLS CUMMIS & GROSS, P.C.

By:_____
Philip R. White (PW-    )
Marc D. Youngelson (MY-    )

One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-5000
Email: myoungelson@sillscummis.com

*Attorneys for Plaintiffs*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By:_____
Jonathan D. Lupkin, Esq. (JL-0792)

One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant Joshua Safrin*

HOFFINGER STERN & ROSS, LLP

By:_____
Stephen R. Stern (SS-5665)

150 East 58th Street
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 223-3857
Email: srstern@hsrlaw.com

*Attorneys for Moses Stern, First Republic Realty LLC, Ephraim Frenkel and Land Title Associates Escrow*

SO ORDERED:

_____
U.S.D.J.