UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., a California corporation, dba WESTLAND INDUSTRIES; PRACTICAL FINANCE CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MOSES STERN, an individual aka MARK STERN; JOSHUA SAFRIN, an individual; FIRST REPUBLIC GROUP REALTY LLC, a Delaware limited liability company; EPHRAIM FRANKEL, an individual; LAND TITLE ASSOCIATES ESCROW, a New York limited liability company,<br><br>Defendants. | Docket No. CV 07-11586 (LAK)<br><br>STIPULATION REGARDING BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the briefing schedule on Motion to Dismiss filed by Defendants Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow and on the Motion to Dismiss filed by Defendant Safrin (collectively the "Motions") shall be and hereby is changed from the timing set forth in Local Civil Rule 6.1(b) such that opposing affidavits and answering memoranda shall be served on or before March 28, 2008 and reply affidavits and answering memoranda shall be served on or before April 11, 2008.

This is the first request for an extension of the briefing schedule regarding the Motions.

SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiffs
Amusement Industry, Inc. dba Westland
Industries and Practical Finance Co., Inc.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

By: /s/ Philip R. White
PHILIP R. WHITE

Dated: March 1?, 2008

HOFFINGER STERN & ROSS, LLP
Attorneys for Defendants Moses Stern, First
Republic Group Realty, LLC, Ephraim Frenkel
and Land Title Associates Escrow
150 East 58th Street, 19th Floor
New York, New York 10155
(212) 421-4000

By: /s/ Stephen R. Stern
STEPHEN R. STERN

Dated: March 10, 2008

FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP
Attorneys for defendant Joshua Safrin
One Liberty Plaza
New York, NY 10006
Tel.: 212-412-9570

By: /s/ Jonathan Daniel Lupkin
JONATHAN DANIEL LUPKIN

Date: March 10, 2008

SO ORDERED:

/s/ Lewis A. Kaplan
Honorable Lewis A. Kaplan, U.S.D.J.

3/21/08