# HOFFINGER STERN & ROSS, LLP    MEMO ENDORSED

150 East 58ᵀᴴ Street
New York, New York 10155

JACK S. HOFFINGER
STEPHEN R. STERN, PC
PHILIP S. ROSS
FRAN HOFFINGER
SUSAN HOFFINGER

(212) 421-4000
TELECOPIER: (212) 223-3857
TELECOPIER: (212) 750-1259

MICHAEL J. SHERMAN
MARK W. GEISLER
*ERIC P. BLAHA

*Also Admitted N.J & D.C

April 9, 2008

USDS NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

APR 10 2008

**By Hand**
Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Amusement Industry, Inc. et ano v. Stern, et al.
      Case No. 07 CV 11586 (LAK) (GWG)

Dear Judge Kaplan:

We represent defendants Moses Stern aka Mark Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow in the above-referenced action. We write to request leave to file a reply memorandum in further support of our motion to dismiss that exceeds by five pages the 10-page limit otherwise set forth in Your Honor's Individual Practices. Our reply papers are due this Friday, April 11, 2008.

As set forth in our opening brief, the complaint in this case comprises 86 pages (excluding exhibits), contains 262 paragraphs and asserts 27 claims for relief. While we were able to comply with the page limit in connection with the moving brief, we find we need five additional pages on reply to properly respond to the arguments in plaintiffs' opposition papers.

Plaintiffs' counsel does not oppose the application and we respectfully request Your Honor's permission to file a reply brief of 15 pages.

Thank you for Your Honor's consideration.

Respectfully yours,

Stephen R. Stern

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ

cc:   Philip R. White, Esq. (counsel for plaintiffs)(by e mail)
      Marc D. Youngelson, Esq. (counsel for plaintiffs)(by e mail)
      Allen P. Sragow, Esq. (counsel for plaintiffs)(by e mail)
      Jonathan D. Lupkin, Esq. (counsel for defendant Joshua Safrin)(by e mail)

300214.WPD