Stephen R. Stern, Esq. (SRS-5665)
Philip S. Ross, Esq. (PR-0867)
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:   (212) 421-4000
Fax:   (212) 223-3857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMUSEMENT INDUSTRY, INC., dba  :
WESTLAND INDUSTRIES; PRACTICAL
FINANCE CO., INC.,
                                                                    :
            Plaintiffs,
      -against-                                              :   07 CV 11586 (LAK)(GWG)

MOSES STERN, aka MARK STERN,        :
JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY LLC,  :   NOTICE OF
EPHRAIM FRENKEL,                                        APPEARANCE
LAND TITLE ASSOCIATES ESCROW,

            Defendants.                                  :
                                                                    :
-----------------------------------------------------------x

   PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Defendants Moses Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow in the above-captioned matter and demands that a copy of all papers in this action be served on the undersigned at the address stated.

Dated:  New York, New York
            April 11, 2008

                                                    Hoffinger Stern & Ross, LLP
                                                    Attorneys for Defendants Moses Stern,
                                                    First Republic Group Realty LLC,
                                                    Ephraim Frenkel and Land Title
                                                    Associates Escrow

                                            BY:_____
                                                    Stephen R. Stern
                                                    150 East 58th Street-19th Floor
                                                    New York, New York 10155
                                                    (212) 421-4000

{250913.DOC}