AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

AMUSEMENT INDUSTRY, INC. dba WESTLAND INDUSTRIES;
PRACTICAL FINANCE CO., INC.

**APPEARANCE**

Plaintiffs,

-against-

Case Number: 07 CIV. 11586(LAK)(GWG)

MOSES STERN aka MARK STERN, JOSHUA SAFRIN, FIRST
REPUBLIC GUARANTY GROUP REALTY, LLC, EPHRAIM
FRENKEL, LAND TITLE ASSOCIATES ESCROW

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Moses Stern, aka Mark Stern, First Republic Group Realty, LLC, Ephraim Frenkel, Land Title Associates Escrow.  The undersigned attorney shall serve as co-counsel with Hoffinger Stern & Ross LLP, who have previously appeared as counsel for the same defendants, and request that hereafter copies of all pleadings and other papers to be served upon such defendants be provided to Kaye Scholer LLP as well.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/16/2008 | [signature] |
| Date | Signature |
| | Arthur Brown of Kaye Scholer LLP      AB 0627 |
| | Print Name      Bar Number |
| | 425 Park Avenue |
| | Address |
| | New York     New York     10022 |
| | City     State     Zip Code |
| | (212) 836-8000      (212) 836-8689 |
| | Phone Number      Fax Number |