AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AMUSEMENT INDUSTRY, INC. dba WESTLAND INDUSTRIES; PRACTICAL FINANCE CO., INC.

Plaintiffs,

-against-

MOSES STERN aka MARK STERN, JOSHUA SAFRIN, FIRST REPUBLIC GUARANTY GROUP REALTY, LLC, EPHRAIM FRENKEL, LAND TITLE ASSOCIATES ESCROW

Defendants.

**APPEARANCE**

Case Number: 07 CIV. 11586(LAK)(GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Moses Stern, aka Mark Stern, First Republic Group Realty, LLC, Ephraim Frenkel, Land Title Associates Escrow. The undersigned attorney shall serve as co-counsel with Hoffinger Stern & Ross LLP, who have previously appeared as counsel for the same defendants, and request that hereafter copies of all pleadings and other papers to be served upon such defendants be provided to Kaye Scholer LLP as well.

I certify that I am admitted to practice in this court.

| 4/16/2008 | /s/ Efrem Schwalb |
|---|---|
| Date | Signature |

| Efrem Schwalb of Kaye Scholer LLP | ES 5288 |
|---|---|
| Print Name | Bar Number |

425 Park Avenue
Address

| New York | New York | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 836-8000 | (212) 836-8689 |
|---|---|
| Phone Number | Fax Number |