```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AMUSEMENT INDUSTRY, INC., etc., at ano.,

                Plaintiffs,

    -against-                           07 Civ. 11586 (LAK)

MOSES STERN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motions of plaintiffs and defendant Safrin to compel production of documents [docket items 59 and 61] are granted. Defendants Stern, First Republic Group Realty LLC, Frenkel, and Land Title Associates Escrow, no later than May 7, 2008, shall produce (1) all non-privileged documents responsive to plaintiffs' First Request for the Production of Documents and Things and Safrin's First Request to Co-Defendants for the Production of Documents, and (2) a privilege log detailing all responsive documents withheld on the ground of claims of privilege. All claims of privilege with respect to responsive documents not identified on the privilege log may be deemed waived.

        For future reference, all documents responsive to future Rule 34 requests shall be produced on the dates on which responses to the requests are due (except to the extent objected to or identified in privilege logs served on or before such dates) absent written agreement of the parties.

        SO ORDERED.

Dated:    May 1, 2008

                                                            /s/ Lewis A. Kaplan
                                                            Lewis A. Kaplan
                                                         United States District Judge