United States District Court
Southern District of New York

---

Amusement Industry, Inc., dba Westland Industries;
Practical Finance Co., Inc.,
                      Plaintiffs,
  -against-

Moses Stern, aka Mark Stern, et al.,
                      Defendants.

AFFIDAVIT OF SERVICE

Case No. 07 Civ. 11586
(LAK) (GWG)

(ECF)

---

Joshua Safrin,
        Defendant/Third-Party -Crossclaim
        Counterclaim-Plaintiff,
  -against-

Stephen Friedman, et al.,

        Third-Party Defendants.
  -and-
Moses Stern, aka Mark Stern, et al.,

        Defendants/Crossclaim Defendants.
  -and-
Amusement Industry, Inc., dba Westland Industries,
Practical Finance Co., Inc.,

        Plaintiffs/Counterclaim Defendants.

---

State of New York   )
                      : ss.:
County of Albany    )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years, is not a party to this action and is a resident of New York State. That on May 6, 2008 at approximately 12:45 p.m. deponent served the following specific papers pursuant to 306 of the Business Corporation Law: Third Party Summonses in a Civil Action and Third Party Complaint with Exhibits; Judge Lewis A. Kaplan's Rules; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Procedures for Electronic Case Filing; and Guidelines for Electronic Case Filing; that the corporation served was First Republic Group Corp., a domestic business corporation, one of the third-party defendants in this matter, by personally serving two copies of the aforesaid papers at the office of the Department of State, located in the City of Albany, New York by delivering to and leaving the papers with Donna Chistie, a white female with

blonde hair, being approximately: 36-45 years of age; height of 5'0"-5'4"; weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

*Mary M. Bonville*
Mary M. Bonville

Sworn to before me this 6th day of May 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public - State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010