## CERTIFICATE OF SERVICE

I, Jean Marie Hackett, an attorney admitted to practice in this Court, hereby certify under penalties of perjury that on May 2, 2008, I caused true and correct copies of the within **THIRD PARTY COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE KAPLAN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, AND GUIDELINES FOR ELECTRONIC CASE FILING**, to be served by hand delivery upon counsel listed below:

| | | |
|---|---|---|
| Stephen R. Stern, Esq. | Arthur E. Brown, Esq. | Philip R. White, Esq. |
| Hoffinger Stern & Ross LLP | Michael Lynn, Esq. | Mark D. Youngelson, Esq. |
| 150 East 58th Street | Kaye Scholer LLP | Sills Cummis & Gross P.C. |
| 19th Floor | 405 Park Avenue | 1 Rockefeller Plaza |
| New York, NY  10155 | New York, NY  10022 | New York, NY  10020 |

Dated: New York, New York
       May 5, 2008

_____
Jean Marie Hackett

304280