## CERTIFICATE OF SERVICE

I, Jean Marie Hackett, an attorney admitted to practice in this Court, hereby certify under penalties of perjury that on May 2, 2008, I caused true and correct copies of the within **THIRD PARTY COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE KAPLAN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, AND GUIDELINES FOR ELECTRONIC CASE FILING**, to be served by federal express upon counsel listed below:

>Allen P. Sragow, Esq.
>Sragow & Sragow
>6665 Long Beach Boulevard
>Suite B-22
>Long Beach, CA  90805

Dated: New York, New York
      May 5, 2008

_____
Jean Marie Hackett

304283