Stephen R. Stern (SS-5665)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street
19th Floor
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 750-1259

Arthur E. Brown (AB-0627)
Michael A. Lynn (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

*Attorney for Mark Stern and First Republic Group Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., d/b/a WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : No. 07 Civ. 11586 (LAK)(GWG) |
| | : (ECF) |
| Plaintiffs, | |
| - against - | : **NOTICE OF MOTION** |
| MOSES STERN, aka MARK STERN; JOSHUA SAFRIN; FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, LAND TITLE ASSOCIATES ESCROW, | : |
| | : |
| Defendants. | |

------------------------------------------------x

| | |
|---|---|
| JOSHUA SAFRIN, | : |
| Defendant/Third Party-Crossclaim Counterclaim-Plaintiff, | : |
| - against - | : |
| STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN INGERSOLL & ROONEY, P.C., BANKERS CAPITAL REALTY ADVISORS LLC., and FIRST REPUBLIC GROUP CORP., | : |
| | : |
| Third Party Defendants, | : |
| - and - | : |
| | : |

31649856.WPD

| | |
|---|---|
| MOSES STERN, aka MARK STERN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, and LAND TITLE ASSOCIATE ESCROW, | : |
| Defendants/Crossclaim Defendants, | : |
| -and - | : |
| AMUSEMENT INDUSTRY, INC., dba WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : |
| Plaintiffs/Counterclaim Defendants. | : |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss, Defendants Moses Stern and First Republic Group Realty, LLC will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse , 500 Pearl Street, New York, New York, at such time as the Court may direct, for an order striking or dismissing the Third Party Complaint of Joshua Safrin as against Moses Stern and First Republic Group Realty, LLC pursuant to Rule 14(a) of the Federal Rules of Civil Procedure for improperly asserting cross-claims in a Third Party Complaint and for such other and further relief in favor of said defendants as the Court deems appropriate.

Dated: May 21, 2008
New York, New York

By: _____/s/ Michael A. Lynn_____
Arthur Brown (AB-0627)
Michael Lynn (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: mlynn@kayescholer.com

                                      Stephen R. Stern (SS-5665)
                                      HOFFINGER STERN & ROSS, LLP
                                      150 East 58th Street
                                      New York, New York 10155
                                      Tel: (212) 421-4000
                                      Fax: (212) 750-1259
                                      Email: srstern@hsrlaw.com

                                      *Attorneys for Mark Stern and First Republic*
                                              *Group Realty Trust*

To:    SILLS CUMMIS & GROSS, P.C.
        Philip R. White
        Marc D. Youngelson
        One Rockefeller Plaza
        New York, New York 10020
        Tel: (212) 643-7000
        Fax: (212) 643-5000
        Email: myoungelson@sillscummis.com

        *Attorneys for Plaintiffs*

        FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
        Jonathan D. Lupkin (JL-0792)
        Jean Marie Hackett (JH-1784)
        One Liberty Plaza
        New York, New York 10006
        Tel: (212) 412-9500
        Fax: (212) 964-9200
        Email: jlupkin@fzwz.com

        *Attorneys for Defendant-Third Party Plaintiff Joshua Safrin*