Stephen R. Stern, Esq. (SRS-5665)
Mark W. Geisler, Esq. (MG-7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:    (212) 750-1259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRATICAL FINANCE CO., INC.,                          :

                                   Plaintiffs,        :    07CV11586 (LAK)(GWG)
                -against-                                        :

MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY, LLC,                :    NOTICE OF MOTION TO
EPHRAIM FRENKEL,                                            DISMISS THIRD COMPLAINT
LAND TITLE ASSOCIATES ESCROW,            :    AS AGAINST
                                                                   EPHRAIM FRENKEL AND
                                   Defendants.        :    LAND TITLE ASSOCIATES
-------------------------------------------------------------------X    ESCROW
JOSHUA SAFRIN,
                   Defendant/Third Party-Crossclaim-
                   Counterclaim Plaintiff,
                -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,
                   Third Party Defendants,
                -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                   Defendants/Crossclaim Defendants,
                -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                   Plaintiffs/Counterclaim Defendants.
-------------------------------------------------------------------X

{MG2288.DOC}

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Stephen R. Stern,

duly sworn to on May 21, 2008, defendants/Cross-Claim defendants Ephraim Frenkel

and Land Title Associates Escrow will move this Court before the Honorable Lewis A.

Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street,

New York, New York, on submission or at such time as the Court may direct, for an

order striking or dismissing the Third Party Complaint of defendant Joshua Safrin,

pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, for improperly asserting

cross-claims in a Third Party Complaint and for such other and further relief in favor of

said Defendants as the Court deems appropriate.


Dated: New York, New York
        May 21, 2008

                              HOFFINGER STERN & ROSS, LLP
                              Attorneys for defendants/Cross-Claim
                              Defendants Ephraim Frenkel and
                              Land Title Associates Escrow


                              _____
                              By: Stephen R. Stern (SRS-5665)
                                  Mark W. Geisler (MG 7261)
                                  150 East 58th Street, 19th Floor
                                  New York, New York 10155
                                  (212) 421-4000

To:     Jonathan D. Lupkin, Esq
        Flemming Zulack Williamson Zauderer LLP
        Attorneys for Defendant/Third Party
        Crossclaim-Counterclaim Plaintiff
        Joshua Safrin
        One Liberty Plaza
        New York, New York 10006
        (212) 412-9500


{MG2288.DOC}

Philip R. White, Esq.
Sills Cummis & Gross, P.C.
Attorneys for Plaintiffs/Counterclaim Defendants
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

Allen P. Sragow, Esq.
Sragow & Sragow
Attorneys for Plaintiffs/Counterclaim Defendants
6665 Long Beach Boulevard, Suite B-22
Long Beach, California 90805
(310) 639-0782

Michael Lynn, Esq.
Kaye Scholer, LLP
Attorneys for Defendants/Crossclaim
Defendants Mark Stern and First Republic
Group Realty, LLC
425 Park Avenue
New York, New York
(212) 836-8000