Stephen R. Stern, Esq. (SRS-5665)
Mark W. Geisler, Esq. (MG-7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:    (212) 750-1259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRATICAL FINANCE CO., INC.,         :

                Plaintiffs,                :   07CV11586 (LAK)(GWG)
    -against-
                                          :   (ECF)

MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY, LLC,               :   NOTICE OF MOTION TO
EPHRAIM FRENKEL,                                    DISMISS THIRD PARTY
LAND TITLE ASSOCIATES ESCROW,                   :   COMPLAINT AS AGAINST
                                                    FIRST REPUBLIC GROUP
                Defendants.                 :   CORP.
-------------------------------------------------------------------X
JOSHUA SAFRIN,
        Defendant/Third Party-Crossclaim-
        Counterclaim Plaintiff,
    -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,
        Third Party Defendants,
    -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                Defendants/Crossclaim Defendants,
    -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                Plaintiffs/Counterclaim Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, Third Party Defendant First Republic Group Corp. will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, for an order striking or dismissing the Third Party Complaint of defendant Joshua Safrin, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief in favor of said Defendants as the Court deems appropriate.

Dated: New York, New York
May 27, 2008

> HOFFINGER STERN & ROSS, LLP
> Attorneys for Third Party Defendant
> First Republic Group Corp.
>
> By: Stephen R. Stern (SRS-5665)
> Mark W. Geisler (MG 7261)
> 150 East 58th Street, 19th Floor
> New York, New York 10155
> (212) 421-4000

To: Jonathan D. Lupkin, Esq
Flemming Zulack Williamson Zauderer LLP
Attorneys for Defendant/Third Party
Crossclaim-Counterclaim Plaintiff
Joshua Safrin
One Liberty Plaza
New York, New York 10006
(212) 412-9500

Philip R. White, Esq.
Sills Cummis & Gross, P.C.
Attorneys for Plaintiffs/Counterclaim Defendants
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

Allen P. Sragow, Esq.
Sragow & Sragow
Attorneys for Plaintiffs/Counterclaim Defendants
6665 Long Beach Boulevard, Suite B-22
Long Beach, California 90805
(310) 639-0782

Michael Lynn, Esq.
Kaye Scholer, LLP
Attorneys for Defendants/Crossclaim
Defendants Mark Stern and First Republic
Group Realty, LLC
425 Park Avenue
New York, New York
(212) 836-8000