UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRACTICAL FINANCE CO., INC.

              Plaintiffs,

    -against-

MOSES STERN, aka MARK STERN; JOSHUA
SAFRIN, FIRST REPUBLIC GROUP REALTY
LLC, EPHRAIM FRENKEL, LAND TITLE
ASSOCIATES ESCROW,

             Defendants.
------------------------------------x

JOSHUA SAFRIN,

        Defendant/Third Party-Crossclaim-
        Counterclaim-Plaintiff,

    -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS LLC, and FIRST REPUBLIC
GROUP CORP.,

            Third Party Defendants,

    -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

           Defendants/Crossclaim Defendants,

[ECF]

No. 07 Civ. 11586 (LAK)(GWG)

**STIPULATION EXTENDING
TIME TO RESPOND TO THE
<u>THIRD-PARTY COMPLAINT</u>**

RECEIVED
MAY 27 2008
JUDGE KA... ...BERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

-and-

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.,

Plaintiffs/Counterclaim Defendants.

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Defendant/Third-Party-Crossclaim-Counterclaim-Plaintiff JOSHUA SAFRIN and Third-Party Defendants BUCHANAN INGERSOLL & ROONEY, P.C. and STEPHEN FRIEDMAN (the "BIR Third-Party Defendants") that the BIR Third-Party Defendants' time to answer, move or otherwise plead in response to the Third-Party Complaint is hereby extended from May 27, 2008 through and including June 17, 2008;

AND IT IS FURTHER HEREBY STIPULATED AND AGREED that BIR Third-Party Defendants hereby waive all defenses to personal jurisdiction based upon service on them of the Third-Party Summons and Complaint, dated May 1, 2008, in this Third-Party Action.

THE FOREGOING constitutes the first request by the BIR Third-Party Defendants to extend this deadline.

Dated: New York, New York
       May 22, 2008

KAVANAGH MALONEY & OSNATO LLP

By: _____
    David F. Bayne
    Attorneys for Third-Party Defendants Buchanan Ingersoll &
    Rooney, P.C. and Stephen Friedman
    415 Madison Avenue
    New York, NY 10017
    212-207-8400

FLEMMING ZULACK WILLIAMSON
ZAUDERER, LLP

By: _____
Jonathan D. Lupkin (JL-0792)
Attorneys for Defendant/Third Party-Crossclaim-
Counterclaim-Plaintiff Joshua Safrin
One Liberty Plaza
New York, NY 10006
212-412-9500

SO ORDERED:

_____
U.S.D.J.

5/27/08