KAVANAGH MALONEY & OSNATO LLP
 Attorneys for Third Party Defendants
  Buchanan Ingersoll & Rooney, P.C. and
  Stephen Friedman
415 Madison Avenue
New York, N.Y. 10017
212-207-8400
 James J. Maloney
 David F. Bayne
 Steven M. Cordero
 Meredith D. Belkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRACTICAL FINANCE CO., INC.

                          Plaintiffs,


             -against-

MOSES STERN, aka MARK STERN; JOSHUA
SAFRIN, FIRST REPUBLIC GROUP REALTY
LLC, EPHRAIM FRENKEL, LAND TITLE
ASSOCIATES ESCROW,


                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA SAFRIN,

               Defendant/Third Party-Crossclaim-
                  Counterclaim-Plaintiff,


             -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS LLC, and FIRST REPUBLIC
GROUP CORP.,

                  Third Party Defendants,

[ECF]

No. 07 Civ. 11586 (LAK)(GWG)

**NOTICE OF APPEARANCE**

-and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

          Defendants/Crossclaim Defendants,

-and-

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.,

          Plaintiffs/Counterclaim Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Third Party Defendants Buchanan Ingersoll &

Rooney, P.C. and Stephen Friedman hereby appear in the above-entitled actions, and that the

undersigned have been retained as attorneys for said defendants and request that all papers

in this action be served upon the undersigned at the office and post office address stated

below.

Dated: New York, N.Y.
     May 29, 2008

                    KAVANAGH MALONEY & OSNATO LLP

                    By _____
                       James J. Maloney
                  Attorneys for Third Party Defendants
                    Buchanan Ingersoll & Rooney, P.C. and
                    Stephen Friedman
                  415 Madison Avenue
                  New York, N.Y. 10017
                  212-207-8400

TO:

Flemming Zulack Williamson Zauderer, LLP
Att.: Jonathan D. Lupkin, Esq.
      Jean Marie Hackett, Esq.
One Liberty Plaza
New York, NY 10006
Attorneys for Defendant/Third Party-Crossclaim-Counterclaim-
   Plaintiff Joshua Safrin
212-412-9500

Sills Cummis & Gross, P.C.
Att.: Philip R. White, Esq.
      Marc D. Youngelson, Esq.
One Rockefeller Plaza
New York, NY 10020
212-643-7000

-and-

Allen P. Sragow, Esq.
Sragow & Sragow
6665 Long Beach Blvd., Suite B-22
Long Beach, California 90805
310-639-0782
Attorneys for Plaintiffs/Counterclaim Defendants

Hoffinger Stern & Ross, LLP
Att.: Stephen R. Stern, Esq.
150 East 58th Street- 19th Fl.
New York, NY 10155
212-421-4000
Attorneys for Defendant Moses Stern

Kaye Scholer LLP
Att.: Michael A. Lynn, Esq.
      Arthur E. Brown, Esq.
425 Park Avenue
New York, NY 10022
212-836-8000
Attorneys for Defendants/Cross Claim
Defendants Moses Stern, First Republic Group
Realty, LLC, Ephraim Frenkel, Land Associates Escrow

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ss.:
COUNTY OF NEW YORK)

The undersigned, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 113-02 200th Street, St. Albans, NY.

That on May 29, 2008 deponent served the annexed

## NOTICE OF APPEARANCE

## BY MAIL AND ECF FILING

on

Flemming Zulack Williamson Zauderer, LLP
Att.: Jonathan D. Lupkin, Esq.
      Jean Marie Hackett, Esq.
One Liberty Plaza
New York, NY 10006
Attorneys for Defendant/Third Party-Crossclaim-Counterclaim-
   Plaintiff Joshua Safrin

Sills Cummis & Gross, P.C.
Att.: Philip R. White, Esq.
      Marc D. Youngelson, Esq.
One Rockefeller Plaza
New York, NY 10020 - AND-

Allen P. Sragow, Esq.
Sragow & Sragow
6665 Long Beach Blvd., Suite B-22
Long Beach, California 90805
Attorneys for Plaintiffs/Counterclaim Defendants

Hoffinger Stern & Ross, LLP
Att.: Stephen R. Stern, Esq.
150 East 58th Street- 19th Fl.
New York, NY 10155
Attorneys for Defendant Moses Stern

Kaye Scholer LLP
Att.: Michael A. Lynn, Esq.
    Arthur E. Brown, Esq.
425 Park Avenue
New York, NY 10022
Attorneys for Defendants/Cross Claim
 Defendants Moses Stern, First Republic Group
 Realty, LLC, Ephraim Frenkel, Land Associates Escrow

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an
official depository under the exclusive care and custody of the United States Postal Service
within the State of New York AND ECF Filing.

_____
                  Steven M. Cordero

Sworn to before me this
29th day of May, 2008

_____
     Notary Public

HARRIET LOBL
Notary Public, State of New York
No. 01L07575060
Qualified in New York County
Commission Expires January 31, 2011