KAPLAN

Jonathan D. Lupkin, Esq. (JL-0792)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRACTICAL FINANCE CO., INC.,      :   No. 07 Civ. 11586 (LAK)(GWG)

                Plaintiffs,

   - against -

MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, :   **STIPULATION**
FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM
FRENKEL, LAND TITLE ASSOCIATES ESCROW,

                Defendants.
------------------------------------------------------------- x
JOSHUA SAFRIN,

        Defendant/Third Party-Crossclaim-
        Counterclaim-Plaintiff,

   - against –

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS LLC, and FIRST REPUBLIC
GROUP CORP.,

        Third Party Defendants,

   - and -

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

        Defendants/Crossclaim Defendants,

   - and -

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.,

        Plaintiffs/Counterclaim Defendants.
------------------------------------------------------------- x



RECEIVED JUN 03 2008 JUDGE KAPLAN'S CHAMBERS



USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/3/08

      WHEREAS on May 1, 2008, Defendant/Third Party Plaintiff Joshua Safrin ("Safrin") filed a Third Party Complaint, which appears on the Court's docket as entry number 65; and

WHEREAS, on May 27, 2008, Third Party Defendant First Republic Group Corp. ("First Republic Corp.") made a motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Third Party Complaint (the "Dismissal Motion"); and

WHEREAS the Dismissal Motion appears on the Court's docket as entries 82 and 83; and

WHEREAS, on May 29, 2008, Safrin filed an Amended Third Party Complaint (the "Amended Third Party Complaint"); and

WHEREAS, the Amended Third Party Complaint supersedes the Third Party Complaint; and

WHEREAS, First Republic Corp. intends to move to dismiss the Amended Third Party Complaint; and

WHEREAS, the parties wish to agree upon a schedule for briefing of the anticipated motion to dismiss the Amended Third Party Complaint (the "Anticipated Dismissal Motion"); and

WHEREAS, this is the first request to set a briefing schedule on the Anticipated Motion that deviates from the time periods set forth in Rule 6.1 of the Local Rules for the Southern and Eastern Districts of New York;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

    (a)    The Anticipated Dismissal Motion shall be served and filed by First Republic Corp. on or before June 9, 2008;

    (b)    The Anticipated Dismissal Motion, when served and filed, shall supersede Dismissal Motion;

    (c)    Answering papers, if any, on the Anticipated Dismissal Motion shall be served and filed on or before July 11, 2008;

(d) Reply papers, if any, on the Anticipated Dismissal Motion shall be served and filed on or before July 25, 2008; and

(e) This stipulation may be executed in counterparts.

Dated: New York, New York
       May __, 2008

HOFFINGER STERN & ROSS, LLP

By: _____
    Stephen R. Stern (SS-5665)

150 East 58th Street
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 223-3857
Email: srstern@hsrlaw.com

*Attorney for First Republic Group Corp.*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
    Jonathan D. Lupkin, Esq. (JL-0792)
    Jean Marie Hackett (JH-1784)

One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant Joshua Safrin*

SO ORDERED: _____
                        U.S.D.J.

6/3/08

3