Stephen R. Stern, Esq. (SRS-5665)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:  (212) 421-4000
Fax:  (212) 750-1259

*Attorneys for Defendants Mark Stern, First
Republic Group Realty, LLC, Ephraim Frenkel and
Land Title Associates Escrow*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND             07CV11586 (LAK)(GWG)
INDUSTRIES; PRATICAL FINANCE CO., INC.,
                                                                                     :
                                                                                          (ECF)
                                   Plaintiffs,                                :
             -against-                                                            NOTICE OF MOTION TO
                                                                                     : QUASH SECOND
MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,       SUBPOENA ISSUED
FIRST REPUBLIC GROUP REALTY, LLC,                         :   TO NORTH FORK BANK/
EPHRAIM FRENKEL,                                                           CAPITAL ONE
LAND TITLE ASSOCIATES ESCROW,                          :

                                   Defendants.                             :
------------------------------------------------------------------------X
JOSHUA SAFRIN,
                       Defendant/Third Party-Crossclaim-
                       Counterclaim Plaintiff,
           -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,
                       Third Party Defendants,
              -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                            Defendants/Crossclaim Defendants,
              -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                       Plaintiffs/Counterclaim Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Affidavit of Ephraim Frenkel, sworn to June 4, 2008, the exhibit annexed thereto, Defendants Ephraim Frenkel and Land Title Associates Escrow will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, (a) pursuant to Fed.R.Civ.P. 26(c)(1), Fed.R.Civ.P. 45(c)(3) and Fed.R.Civ.P. 65, quashing, modifying, limiting and/or enjoining compliance with the second nonparty subpoena issued by plaintiffs to North Fork Bank/Capital One, dated May 15, 2008, and (b) for such other and further relief in favor of said Defendants as the Court deems appropriate.

Dated: New York, New York
       June 4, 2008

> HOFFINGER STERN & ROSS, LLP
> Attorneys for Defendants Ephraim Frenkel
> and Land Title Associates Escrow
>
> By: Stephen R. Stern (SRS-5665)
>     150 East 58th Street, 19th Floor
>     New York, New York 10155
>     (212) 421-4000

To:   Allen P. Sragow, Esq.
      Sragow & Sragow
      Attorneys for Plaintiffs/Counterclaim Defendants
      6665 Long Beach Boulevard, Suite B-22
      Long Beach, California 90805
      (310) 639-0782

      Philip R. White, Esq.
      Sills Cummis & Gross, P.C.
      Attorneys for Plaintiffs/Counterclaim Defendants
      One Rockefeller Plaza
      New York, New York 10020
      (212) 643-7000

Jonathan D. Lupkin, Esq
Flemming Zulack Williamson Zauderer LLP
Attorneys for Defendant/Third Party
Crossclaim-Counterclaim Plaintiff
Joshua Safrin
One Liberty Plaza
New York, New York 10006
(212) 412-9500

Michael Lynn, Esq. (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000
Attorneys for Defendants Mark Stern and
First Republic Group Realty, LLC

James Joseph Maloney, Esq.
Kavanaugh, Maloney & Osnato, LLP
415 Madison Avenue
New York, NY 10017
(212) 906-8304
Attorneys for Third Party Defendants
Stephen Friedman and Buchanan Ingersoll
& Rooney, P.C.