## CERTIFICATE OF SERVICE

I, Jean Marie Hackett, an attorney admitted to practice in this Court, hereby certify under penalties of perjury that on May 29, 2008, I caused true and correct copies of the within **AMENDED THIRD PARTY COMPLAINT (CONTAINING CROSSCLAIMS AND COUNTERCLAIMS), INDIVIDUAL PRACTICES OF JUDGE KAPLAN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, AND GUIDELINES FOR ELECTRONIC CASE FILING**, to be served upon counsel listed below in the manner indicated below:

### *TWO COPIES BY HAND DELIVERY*:

Stephen R. Stern, Esq.
Hoffinger Stern & Ross LLP
150 East 58th Street
19th Floor
New York, NY 10155

*Attorneys for Defendants/ Crossclaim Defendants Mark Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow; and Attorneys for Third Party Defendant First Republic Group Corp.*

David F. Bayne, Esq.
Kavanagh Maloney & Osnato LLP
415 Madison Avenue
New York, New York 10017

*Attorneys for Third Party Defendants Stephen Friedman and Buchanan Ingersoll & Rooney, P.C.*

### *ONE COPY BY HAND DELIVERY*:

Michael Lynn, Esq.
Kaye Scholer LLP
405 Park Avenue
New York, NY 10022

*Attorneys for Defendants/ Crossclaim Defendants Mark Stern and First*

*Republic Group Realty LLC*

**THREE COPIES BY HAND DELIVERY:**

Philip R. White, Esq.
Mark D. Youngelson, Esq.
Sills Cummis & Gross P.C.
1 Rockefeller Plaza
New York, NY 10020

*Attorneys for Plaintiffs/ Counterclaim Defendants and for Third Party Defendants Steven Alevy and Bankers Capital Realty Advisors LLC*

**THREE COPIES BY FEDERAL EXPRESS:**

Allen P. Sragow, Esq.
Sragow & Sragow
6665 Long Beach Boulevard
Suite B-22
Long Beach, CA 90805

*Attorneys for Plaintiffs/ Counterclaim Defendants and for Third Party Defendants Steven Alevy and Bankers Capital Realty Advisors LLC*

Dated: New York, New York
June 6, 2008

                                                                         Jean Marie Hackett