Stephen R. Stern, Esq. (SRS-5665)
Mark W. Geisler, Esq. (MG-7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:    (212) 750-1259

*Attorneys for Third Party Defendant First Republic Group Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRATICAL FINANCE CO., INC.,                    :

                          Plaintiffs,           :    07CV11586 (LAK)(GWG)

              -against-                              :    (ECF)

MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,     :
FIRST REPUBLIC GROUP REALTY, LLC,                    :    NOTICE OF MOTION TO
EPHRAIM FRENKEL,                                     DISMISS AMENDED THIRD
LAND TITLE ASSOCIATES ESCROW,                   :    PARTY COMPLAINT
                                                     AS AGAINST FIRST
                          Defendants.           :    REPUBLIC GROUP CORP.
-----------------------------------------------------------------------X
JOSHUA SAFRIN,

                    Defendant/Third Party-Crossclaim-
                    Counterclaim Plaintiff,
              -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,
                    Third Party Defendants,
              -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                    Defendants/Crossclaim Defendants,
              -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                    Plaintiffs/Counterclaim Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law on Behalf of Third Party Defendant First Republic Group Corp. to Dismiss Amended Third Party Complaint of Joshua Safrin, Third Party Defendant First Republic Group Corp. will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, for an order striking or dismissing the Amended Third Party Complaint of defendant Joshua Safrin, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief in favor of said Defendant as the Court deems appropriate.

Dated: New York, New York
      June 9, 2008

                      HOFFINGER STERN & ROSS, LLP
                      Attorneys for Third Party Defendant
                      First Republic Group Corp.

                      _____
                      By: Stephen R. Stern (SRS-5665)
                          Mark W. Geisler (MG 7261)
                          150 East 58th Street, 19th Floor
                          New York, New York 10155
                          (212) 421-4000

To:    Jonathan D. Lupkin, Esq
        Flemming Zulack Williamson Zauderer LLP
        Attorneys for Defendant/Third Party
        Crossclaim-Counterclaim Plaintiff
        Joshua Safrin
        One Liberty Plaza
        New York, New York 10006
        (212) 412-9500

Philip R. White, Esq.
Sills Cummis & Gross, P.C.
Attorneys for Plaintiffs/Counterclaim Defendants
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

Allen P. Sragow, Esq.
Sragow & Sragow
Attorneys for Plaintiffs/Counterclaim Defendants
6665 Long Beach Boulevard, Suite B-22
Long Beach, California 90805
(310) 639-0782

Michael Lynn, Esq.
Kaye Scholer, LLP
Attorneys for Defendants/Crossclaim
Defendants Mark Stern and First Republic
Group Realty, LLC
425 Park Avenue
New York, New York
(212) 836-8000

James Joseph Maloney, Esq.
Kavanaugh, Maloney & Osnato, LLP
415 Madison Avenue
New York, NY 10017
(212) 906-8304
Attorneys for Third Party Defendants
Stephen Friedman and Buchanan Ingersoll
& Rooney, P.C.