Stephen R. Stern, Esq. (SRS-5665)
Mark W. Geisler, Esq. (MG-7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:    (212) 750-1259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRATICAL FINANCE CO., INC.,                    :

                                    Plaintiffs,           :   07CV11586 (LAK)(GWG)
                        -against-                              (ECF)
                                                          :
MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY, LLC,                         :   NOTICE OF MOTION TO
EPHRAIM FRENKEL,                                              DISMISS AMENDED THIRD
LAND TITLE ASSOCIATES ESCROW,                             :   PARTY COMPLAINT AS
                                                             AGAINST EPHRAIM
                                    Defendants.           :   FRENKEL AND LAND TITLE
------------------------------------------------------------------X   ASSOCIATES ESCROW
JOSHUA SAFRIN,

                        Defendant/Third Party-Crossclaim-
                        Counterclaim Plaintiff,
                -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,

                        Third Party Defendants,
                -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                        Defendants/Crossclaim Defendants,
                -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                        Plaintiffs/Counterclaim Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Memorandum of Law in Support of Defendants Ephraim Frenkel and Land Title Associates Escrow's Motion to Dismiss the Claims Asserted Against Them in Safrin's Amended Third Party Complaint, Defendants/Cross-Claim Defendants Ephraim Frenkel and Land Title Associates Escrow will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on submission or at such time as the Court may direct, for an order (a) striking or dismissing the Amended Third Party Complaint of defendant Joshua Safrin, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, for improperly asserting cross-claims in a Third Party Complaint, (b) dismissing Counts I and V – VIII pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted, and (c) for such other and further relief in favor of said Defendants as the Court deems appropriate.

Dated: New York, New York
          June 9, 2008

.

HOFFINGER STERN & ROSS, LLP
Attorneys for Defendants/Cross-Claim
Defendants Ephraim Frenkel and
Land Title Associates Escrow


By: Stephen R. Stern (SRS-5665)
      Mark W. Geisler (MG 7261)
      150 East 58th Street, 19th Floor
      New York, New York 10155
      (212) 421-4000

To:    Jonathan D. Lupkin, Esq
        Flemming Zulack Williamson Zauderer LLP
        Attorneys for Defendant/Third Party
        Crossclaim-Counterclaim Plaintiff
        Joshua Safrin
        One Liberty Plaza
        New York, New York 10006
        (212) 412-9500

        Philip R. White, Esq.
        Sills Cummis & Gross, P.C.
        Attorneys for Plaintiffs/Counterclaim Defendants
        One Rockefeller Plaza
        New York, New York 10020
        (212) 643-7000

        Allen P. Sragow, Esq.
        Sragow & Sragow
        Attorneys for Plaintiffs/Counterclaim Defendants
        6665 Long Beach Boulevard, Suite B-22
        Long Beach, California 90805
        (310) 639-0782

        Michael Lynn, Esq.
        Kaye Scholer, LLP
        Attorneys for Defendants/Crossclaim
        Defendants Mark Stern and First Republic
        Group Realty, LLC
        425 Park Avenue
        New York, New York
        (212) 836-8000

        James Joseph Maloney, Esq.
        Kavanaugh, Maloney & Osnato, LLP
        415 Madison Avenue
        New York, NY 10017
        (212) 906-8304
        Attorneys for Third Party Defendants
        Stephen Friedman and Buchanan Ingersoll
        & Rooney, P.C.