Arthur E. Brown (AB-0627)
Michael A. Lynn (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
Tel: (212) 836-8000
Fax: (212) 836-8689

Stephen R. Stern (SS-5665)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street
19th Floor
New York, New York  10155
Tel: (212) 421-4000
Fax: (212) 750-1259

*Attorney for Mark Stern and First Republic Group Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., d/b/a WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : No. 07 Civ. 11586 (LAK)(GWG) |
| | : (ECF) |
| Plaintiffs, | |
| - against - | : **NOTICE OF MOTION** |
| MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, LAND TITLE ASSOCIATES ESCROW, | : |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA SAFRIN,                                                                                :

        Defendant/Third Party-Crossclaim                  :
        Counterclaim-Plaintiff,

   - against -                                                                      :

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN  :
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS LLC., and FIRST REPUBLIC        :
GROUP CORP.,

        Third Party Defendants,                                   :

   - and -                                                                          :

                                                                                  :

31649856.WPD

| | |
|---|---|
| MOSES STERN, aka MARK STERN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, and LAND TITLE ASSOCIATE ESCROW, | : |
| Defendants/Crossclaim Defendants, | : |
| -and - | : |
| AMUSEMENT INDUSTRY, INC., dba WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : |
| | : |
| Plaintiffs/Counterclaim Defendants. | |

------------------------------------------------------------------------

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss, Defendants Moses Stern and First Republic Group Realty LLC will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court may direct, for an order striking or dismissing the Amended Third Party Complaint of Joshua Safrin as against Moses Stern and First Republic Group Realty LLC pursuant to Rule 14(a) of the Federal Rules of Civil Procedure for improperly asserting cross-claims in a Third Party Complaint and pursuant to Rule 12(b)(6) for failure to state claims upon which relief can be granted and for such other and further relief in favor of said defendants as the Court deems appropriate.

Dated: June 9, 2008
      New York, New York

By:     /s/ Michael A. Lynn
        Arthur Brown (AB-0627)
        Michael Lynn (ML-6052)
        Efrem Schwalb (ES-5288)
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, New York 10022
        Tel: (212) 836-8000

                Fax: (212) 836-8689
                Email: mlynn@kayescholer.com

                Stephen R. Stern (SS-5665)
                HOFFINGER STERN & ROSS, LLP
                150 East 58th Street
                New York, New York  10155
                Tel: (212) 421-4000
                Fax: (212) 750-1259
                Email: srstern@hsrlaw.com

                *Attorneys for Mark Stern and First Republic Group Realty LLC*

To:

SILLS CUMMIS & GROSS, P.C. — FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
Jonathan D. Lupkin (JL-0792)
Jean Marie Hackett (JH-1784)
One Liberty Plaza
New York, New York  10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant-Third Party Plaintiff Joshua Safrin*

SILLS CUMMIS & GROSS, P.C.
Philip R. White
Marc D. Youngelson
One Rockefeller Plaza
New York, New York  10020
Tel: (212) 643-7000
Fax: (212) 643-5000
Email: myoungelson@sillscummis.com


SRAGOW & SRAGOW
Allen P. Sragow
6665 Long Beach Blvd, Suite B-22
Long Beach, California 90805
(310) 639-0782

*Attorneys for Plaintiffs/Counterclaim Defendants*

31649856.WPD               3

KAVANAGH MALONEY & OSNATO LLP
James J. Maloney
David F. Bayne
Steven M. Cordero
Meredith D. Balkin
415 Madison Avenue
New York, New York 10017

*Attorneys for Third Party Defendants Buchanan Ingersoll*
*& Rooney P.P. and Steven Friedman*