Arthur E. Brown (AB-0627)
Michael A. Lynn (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

Stephen R. Stern (SS-5665)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street
19th Floor
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 750-1259

*Attorney for Mark Stern and First Republic Group Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| AMUSEMENT INDUSTRY, INC., d/b/a WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : | No. 07 Civ. 11586 (LAK)(GWG) |
| | : | (ECF) |
| Plaintiffs, | | |
| - against - | : | **NOTICE OF MOTION** |
| MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, LAND TITLE ASSOCIATES ESCROW, | : : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOSHUA SAFRIN, | : |
| Defendant/Third Party-Crossclaim Counterclaim-Plaintiff, | : |
| - against - | : |
| STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN INGERSOLL & ROONEY, P.C., BANKERS CAPITAL REALTY ADVISORS LLC., and FIRST REPUBLIC GROUP CORP., | : : |
| Third Party Defendants, | : |
| - and - | : |
| | : |

31649856.WPD

| | |
|---|---|
| MOSES STERN, aka MARK STERN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, and LAND TITLE ASSOCIATE ESCROW, | : : : |
| Defendants/Crossclaim Defendants, | : |
| -and - | : |
| AMUSEMENT INDUSTRY, INC., dba WESTLAND INDUSTRIES, PRACTICAL FINANCE CO., INC., | : : |
| Plaintiffs/Counterclaim Defendants. | |

-----------------------------------------------------------------------

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of Motion to Disqualify Plaintiffs' California Co-Counsel, Sragow & Sragow, Defendants Moses Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court may direct, for an order disqualifying plaintiffs' California co-counsel, Sragow & Sragow, because members of the Sragow firm are necessary witnesses and are thereby prohibited from representing the plaintiffs pursuant to Disciplinary Rule 5-102 of the New York Code of Professional Responsibility and for such other and further relief in favor of said defendants as the Court deems appropriate.

Dated: June 11, 2008
     New York, New York

                                              By:      /s/ Stephen R. Stern
                                                          Stephen R. Stern (SS-5665)
                                                          HOFFINGER STERN & ROSS, LLP
                                                          150 East 58th Street
                                                          New York, New York  10155
                                                          Tel: (212) 421-4000
                                                          Fax: (212) 750-1259
                                                          Email: srstern@hsrlaw.com

*Attorneys for Defendants Moses Stern, aka Mark Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow*

Arthur Brown (AB-0627)
Michael Lynn (ML-6052)
Efrem Schwalb (ES-5288)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: mlynn@kayescholer.com

*Attorneys for Mark Stern and First Republic Group Realty LLC*

To:

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
Jonathan D. Lupkin (JL-0792)
Jean Marie Hackett (JH-1784)
One Liberty Plaza
New York, New York  10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

*Attorneys for Defendant-Third Party Plaintiff Joshua Safrin*

SILLS CUMMIS & GROSS, P.C.
Philip R. White
Marc D. Youngelson
One Rockefeller Plaza
New York, New York  10020
Tel: (212) 643-7000
Fax: (212) 643-5000
Email: myoungelson@sillscummis.com

SRAGOW & SRAGOW
Allen P. Sragow
6665 Long Beach Blvd, Suite B-22
Long Beach, California 90805
(310) 639-0782

31649856.WPD                                   3

*Attorneys for Plaintiffs/Counterclaim Defendants*

KAVANAGH MALONEY & OSNATO LLP
James J. Maloney
David F. Bayne
Steven M. Cordero
Meredith D. Balkin
415 Madison Avenue
New York, New York 10017

*Attorneys for Third Party Defendants Buchanan Ingersoll*
*& Rooney P.P. and Steven Friedman*