UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Amusement Industry, Inc., d/b/a Westland Indus., Practical Finance Co., Inc.,      Plaintiff,<br><br>-v-<br><br>Moses Stern, aka Mark Stern; Joshua Safrin, First Republic Group Realty LLC, Ephraim Frenkel, Land Title Assocs. Escrow,      Defendant. | Case No. 07 Civ. 11586<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

<u>First Republic Group Realty LLC</u> (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 6/11/08

/s/ Michael Lynn
Signature of Attorney

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007