UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AMUSEMENT INDUSTRY, INC., etc., at ano.,

                Plaintiffs,

      -against-                                  07 Civ. 11586 (LAK)

MOSES STERN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The motion of defendants Ephraim Frenkel and Land Title Associates Escrow to quash or for other relief with respect to the second nonparty subpoena served on North Fork Bank/Capital One [docket item 91] is denied.

      SO ORDERED.

Dated:      June 12, 2008

                                                  Lewis A. Kaplan
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08