Jonathan D. Lupkin, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
AMUSEMENT INDUSTRY, INC., dba WESTLAND :
INDUSTRIES; PRACTICAL FINANCE CO., INC.,    :   No. 07 Civ. 11586 (LAK)(GWG)
                                            :
                Plaintiffs,                 :
                                            :
        - against -                         :
                                            :
MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, :   **STIPULATION**
FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM    :
FRENKEL, LAND TITLE ASSOCIATES ESCROW,      :
                                            :
                Defendants.                 :
                                            :
------------------------------------------------------------------- X
JOSHUA SAFRIN,                              :
                                            :
        Defendant/Third Party-Crossclaim-   :
        Counterclaim-Plaintiff,             :
                                            :
        - against –                         :
                                            :
STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN    :
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL   :
REALTY ADVISORS LLC, and FIRST REPUBLIC     :
GROUP CORP.,                                :
                                            :
        Third Party Defendants,             :
                                            :
        - and -                             :
                                            :
MOSES STERN, aka MARK STERN, FIRST REPUBLIC :
GROUP REALTY LLC, EPHRAIM FRENKEL, and      :
LAND TITLE ASSOCIATES ESCROW,               :
                                            :
        Defendants/Crossclaim Defendants,   :
                                            :
        - and -                             :
                                            :
AMUSEMENT INDUSTRY, INC., dba WESTLAND      :
INDUSTRIES, PRACTICAL FINANCE CO., INC.,    :
                                            :
        Plaintiffs/Counterclaim Defendants. :
------------------------------------------------------------------- X



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

WHEREAS on May 1, 2008, Defendant/Third Party Plaintiff Joshua Safrin ("Safrin") filed a Third Party Complaint, which appears on the Court's docket as entry number 65; and

WHEREAS, on May 21, 2008, Defendants/Crossclaim Defendants Mark Stern and First Republic Group Realty LLC made a motion to dismiss the Third Party Complaint, which appears on the Court's docket as entries 76 and 77; and

WHEREAS, on May 22, 2008, Defendants/Crossclaim Defendants Ephraim Frenkel and Land Title Associates Escrow made a motion to dismiss the Third Party Complaint, which appears on the Court's docket as entries 79 and 80; and

WHEREAS, on May 29, 2008, Safrin filed an Amended Third Party Complaint (the "Amended Third Party Complaint") which appears on the Court's docket as entry 93; and

WHEREAS, the Amended Third Party Complaint supersedes the Third Party Complaint; and

WHEREAS, on June 9, 2008, Defendants/Crossclaim Defendants Mark Stern and First Republic Group LLC made a motion to dismiss the Amended Third Party Complaint (the "Stern Dismissal Motion") which appears on the Court's docket as entries 118 and 119; and

WHEREAS, on June 9, 2008 Defendants/Crossclaim Defendants Ephraim Frenkel and Land Title Associates Escrow made a motion to dismiss the Amended Third Party Complaint (collectively with the Stern Dismissal Motion, the "Dismissal Motions") which appears on the Court's docket as entries 116 and 117; and

WHEREAS, the parties wish to agree upon a schedule for briefing of the Dismissal Motions; and

WHEREAS, this is the first request to set a briefing schedule on the Dismissal Motions that deviates from the time periods set forth in Rule 6.1 of the Local Rules for the Southern and Eastern Districts of New York;

2

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(a) Answering papers, if any, on the Dismissal Motions shall be served and filed on or before July 11, 2008;

(b) Reply papers, if any, on the Dismissal Motions shall be served and filed on or before July 25, 2008; and

(c) This stipulation may be executed in counterparts.

Dated: New York, New York
June __, 2008

HOFFINGER STERN & ROSS, LLP

By: _____
Stephen R. Stern

150 East 58th Street
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 223-3857
Email: srstern@hsrlaw.com

*Attorney for Defendants Mark Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow*

KAYE SCHOLER LLP

By: _____
Michael Lynn

425 Park Avenue
New York, NY 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: mlynn@kayescholer.com
*Attorneys for Defendants Moses Stern and First Republic Group Realty LLC*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Jonathan D. Lupkin
Jean Marie Hackett

One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com
*Attorneys for Defendant Joshua Safrin*

SO ORDERED:

_____
U.S.D.J.

3

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(a) Answering papers, if any, on the Dismissal Motions shall be served and filed on or before July 11, 2008;

(b) Reply papers, if any, on the Dismissal Motions shall be served and filed on or before July 25, 2008; and

(c) This stipulation may be executed in counterparts.

Dated: New York, New York
June 11, 2008

HOFFINGER STERN & ROSS, LLP

By: _____
Stephen R. Stern

150 East 58th Street
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 223-3857
Email: srstern@hsrlaw.com

*Attorney for Defendants Mark Stern, First Republic Group Realty LLC, Ephraim Frenkel and Land Title Associates Escrow*

KAYE SCHOLER LLP

By: _____
Michael Lynn

425 Park Avenue
New York, NY 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: mlynn@kayescholer.com
*Attorneys for Defendants Moses Stern and First Republic Group Realty LLC*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Jonathan D. Lupkin
Jean Marie Hackett

One Liberty Plaza
New York, New York 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: jlupkin@fzwz.com
*Attorneys for Defendant Joshua Safrin*

SO ORDERED: _____
U.S.D.J.
6/13/08

3