# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**MEMO ENDORSED**

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
TEL: 973-643-7000
FAX: 973-643-6500

MARC D. YOUNGELSON
ASSOCIATE
DIRECT DIAL: (973) 643-5279
E-MAIL: MYOUNGELSON@SILLSCUMMIS.COM

650 COLLEGE ROAD EAST
PRINCETON, NJ 08540
TEL: 609-227-4600
FAX: 609-227-4646

June 11, 2008

**Via hand delivery**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Amusement Industry, Inc. v. Moses Stern, et al.
            Case No. 07-11586

Dear Judge Kaplan:

    We write concerning plaintiffs' recently filed motions to compel against Latham & Watkins LLP ("Latham"), All Risk Insurance Agency ("All Risk"), Roman Associates ("Roman"), GMAC International ("GMAC") and Burr Forman, LLP ("Burr Forman") in the above-referenced action. After our motions were filed, Latham, All Risk, Roman, and GMAC all contacted this firm, and we have reached an agreement with each of them regarding plaintiffs' subpoenas.

    In addition, counsel for Burr & Forman yesterday produced documents on behalf of that firm, and requested that plaintiffs withdraw their motion. The parties agreed that plaintiffs reserved the right to seek additional documents after reviewing the Burr Forman production.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

Hon. Lewis A. Kaplan, U.S.D.J.
June 11, 2008
Page 2

  In view of the foregoing, plaintiffs hereby withdraw, without prejudice, their motions to compel against Latham, All Risk, Roman, GMAC, and Burr Forman. Plaintiffs are not withdrawing their motions against Jones Lang Lasalle and ACE Capital Group.

                 Respectfully submitted,

                 *Marc D. Youngelson /dcc*

                 Marc D. Youngelson

cc: All Counsel of Record (via e-mail)
   Latham & Watkins LLP (via e-mail)
   All Risk Insurance Agency (via facsimile)
   Roman Associates (via facsimile)
   GMAC International (via facsimile)
   Stephen R. Stern, Esq., counsel to Jones Lang LaSalle (via e-mail)
   ACE Capital Group (via facsimile)

*[Handwritten note: Motions withdrawn to extent indicated.]*

SO ORDERED
*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ
6/12/08