Stephen R. Stern, Esq. (SRS-5665)
Mark W. Geisler, Esq. (MG7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:   (212) 421-4000
Fax:   (212) 750-1259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRACTICAL FINANCE CO., INC.,          :

                          Plaintiffs,          :   07CV11586 (LAK)(GWG)
     -against-                                     :
                                                          (ECF)

MOSES STERN, aka MARK STERN, JOSHUA SAFRIN,   :
FIRST REPUBLIC GROUP REALTY, LLC,          :
EPHRAIM FRENKEL,
LAND TITLE ASSOCIATES ESCROW,          :
                                                     Rule 7.1 Statement
                     Defendants.          :
-------------------------------------------------------------------X
JOSHUA SAFRIN,

            Defendant/Third Party-Crossclaim-
            Counterclaim Plaintiff,
     -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS, LLC, and FIRST REPUBLIC
GROUP CORP.,
              Third Party Defendants,
      -and-

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                 Defendants/Crossclaim Defendants,
       -and-

AMUSEMENT INDUSTRY, INC. dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.
                Plaintiffs/Counterclaim Defendants.
-------------------------------------------------------------------X

{MG2372.DOCX}1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Land Title Associates Agency LLC, s/h/a Land Title Associates Escrow</u> (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: June 16, 2008

_____
**Signature of Attorney**
**Mark W. Geisler**
**Attorney Bar Code: MG7261**