KAVANAGH MALONEY & OSNATO LLP
Attorneys for Third Party Defendants
  Buchanan Ingersoll & Rooney, PC and
  Stephen Friedman
415 Madison Avenue
New York, N.Y. 10017
212-207-8400
  James J. Maloney
  David F. Bayne
  Meredith D. Belkin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES; PRACTICAL FINANCE CO., INC.

                  Plaintiffs,

        -against-

MOSES STERN, aka MARK STERN; JOSHUA
SAFRIN, FIRST REPUBLIC GROUP REALTY
LLC, EPHRAIM FRENKEL, LAND TITLE
ASSOCIATES ESCROW,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSHUA SAFRIN,

           Defendant/Third Party-Crossclaim-
             Counterclaim-Plaintiff,

        -against-

STEPHEN FRIEDMAN, STEVEN ALEVY, BUCHANAN
INGERSOLL & ROONEY, P.C., BANKERS CAPITAL
REALTY ADVISORS LLC, and FIRST REPUBLIC
GROUP CORP.,

           Third Party Defendants,

        -and-

[ECF]

No. 07 Civ. 11586 (LAK)(GWG)

**RULE 7.1 STATEMENT**

MOSES STERN, aka MARK STERN, FIRST REPUBLIC
GROUP REALTY LLC, EPHRAIM FRENKEL, and
LAND TITLE ASSOCIATES ESCROW,

                Defendants/Crossclaim Defendants,

    -and-

AMUSEMENT INDUSTRY, INC., dba WESTLAND
INDUSTRIES, PRACTICAL FINANCE CO., INC.,

                Plaintiffs/Counterclaim Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third Party Defendant Buchanan Ingersoll & Rooney, PC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        None

Dated: New York, N.Y.
       June 23, 2008

                      KAVANAGH MALONEY & OSNATO LLP

                      By _____
                         James J. Maloney
                  Attorneys for Third Party Defendants
                    Buchanan Ingersoll & Rooney, PC and
                    Stephen Friedman
                  415 Madison Avenue
                  New York, N.Y. 10017
                  212-207-8400

TO:

FLEMMING ZULACK WILLIAMSON
  ZAUDERER, LLP
Att.: Jonathan D. Lupkin, Esq.
     Jean Marie Hackett, Esq.
One Liberty Plaza
New York, NY 10006
212-412-9500
Attorneys for Defendant/Third Party-Crossclaim-
  Counterclaim-Plaintiff Joshua Safrin

SILLS CUMMIS & GROSS, P.C.
Att.: Philip R. White, Esq.
     Marc D. Youngelson, Esq.
One Rockefeller Plaza
New York, NY 10020
212-643-7000

-and-

SRAGOW & SRAGOW
Allen P. Sragow, Esq.
6665 Long Beach Blvd., Suite B-22
Long Beach, California 90805
310-639-0782
Attorneys for Plaintiffs/Counterclaim Defendants

KAYE SCHOLER LLP
Att.: Michael A. Lynn, Esq.
     Arthur E. Brown, Esq.
425 Park Avenue
New York, NY 10022
212-836-8000

-and-

HOFFINGER STERN & ROSS, LLP
Att.: Stephen R. Stern, Esq.
150 East 58th Street- 19th Fl.
New York, NY 10155
212-421-4000
Attorneys for Defendants/Cross Claim
 Defendants Moses Stern, First Republic Group
 Realty, LLC, Ephraim Frenkel, Land Title Associates Escrow