# KAVANAGH MALONEY & OSNATO LLP

415 MADISON AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE: 212-207-8400

FACSIMILE: 212-888-7324

JOHN E. OSNATO
J. HAYES KAVANAGH
JAMES J. MALONEY
JOEL M. RUDELL
DAVID F. BAYNE
KIRSTIN T. KNIGHT
GERALDINE M. CUNNINGHAM

SARAH A. DAHL
STEVEN M. CORDERO
MEREDITH D. BELKIN
KENNETH M. TANZER

JORN A. HOLL
JAMES R. BRECKENRIDGE
OF COUNSEL

DIRECT DIAL

E-MAIL

(212)-906-8316

MEMORANDUM ENDORSED

June 23, 2008

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 510
New York, NY 10007-1312



Re: Amusement Industry, Inc., et al. v. Moses Stern, et al.
07 Civ. 11586 (LAK)(GWG)

Dear Judge Gorenstein:

We are counsel to Third-Party Defendants Buchanan Ingersoll & Rooney PC and Stephen Friedman and this letter is to confirm my telephone conversation with your Honor's law clerk Peter Wilhelm this afternoon. Mr. Wilhelm informed me that we are following Judge Kaplan's Individual Practice Rules in the above referenced action and, therefore, no pre-motion conference or pre-motion letter as required by Your Honor's Individual Rule 2A is required.

Respectfully,

Meredith D. Belkin

*only with respect to any motion to dismiss in lieu of answer.*

cc: All Counsel (via e-mail)

SO ORDERED: DATE: 6/26/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE