UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMUSEMENT INDUSTRY, INC., a California
corporation, dba WESTLAND INDUSTRIES;
PRACTICAL FINANCE CO., INC., a California
corporation,

                    Plaintiffs,

        v.

MOSES STERN, an individual aka MARK
STERN; JOSHUA SAFRIN, an individual;
FIRST REPUBLIC GROUP REALTY LLC, a
Delaware limited liability company; EPHRAIM
FRANKEL, an individual; LAND TITLE
ASSOCIATES ESCROW, a New York limited
liability company,

                    Defendants.

Case No.  CV 07-11586 (LAK) (GWG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

WHEREAS, on June 11, 2008, defendants Stern, First Republic Group Realty LLC,

Frenkel and Land Title Associates filed a motion to disqualify plaintiffs' co-counsel Sragow &

Sragow (the "Motion");

WHEREAS, the deadline for plaintiffs to file opposition papers to defendants' Motion

currently is Monday, June 30;

WHEREAS, to allow appropriate time fully to analyze the issues raised in defendants'

Motion, the parties have agreed, subject to the Court's approval, to a briefing schedule on

defendants' Motion; and

WHEREAS, no prior extension of time to respond to defendants' Motion has been

requested;

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned counsel, and it is SO ORDERED by the Court, that (i) plaintiffs' deadline to file

opposition papers on the Motion is hereby extended through and including Friday, July 11, 2008;

and (ii) defendants' deadline to file reply papers on the Motion is hereby extended through and

including Friday, July 25, 2008.

Dated:  June 26, 2008

SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York  10020
(212) 643-7000
Attorneys for Plaintiffs Amusement
Industry, Inc. dba Westland Industries and
Practical Finance Co., Inc.

By: _____
    Marc D. Youngelson
    Dated: June 26, 2008

KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8242
Attorneys for defendants Stern and First
Republic Group Realty LLC

By: _____
    Michael A. Lynn
    Dated: June 26, 2008

HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
(212) 421-4000
Attorneys for Defendants Moses Stern, First
Republic Group Realty, LLC, Ephraim Frenkel
and Land Title Associates Escrow

By: _____
    Stephen R. Stern
    Dated: June 26, 2008

SO ORDERED:  →  Any further extension may be obtained without Court
order provided the parties agree and
disclose the new schedule in a letter
to the Court

_____
Hon. Gabriel W. Gorenstein, U.S.M.J.

6/27/2008