UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC. et al.,             :

               Plaintiffs,           :           ORDER
                                                      07 Civ. 11586 (LAK) (GWG)
    -v.-                                       :

MOSES STERN et al.,                           :

               Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Following a conference held on July 1, 2008, it is hereby ORDERED:

      1. The motions to dismiss the Third Party Complaint (Docket ## 76, 79 and 82) are deemed withdrawn in light of the filing of the Amended Third Party Complaint.

      2. The motion to compel Ace Capital Group to produce documents in response to the subpoena dated March 12, 2008, has not been opposed. Plaintiffs have represented to the Court that Ace Capital Group has not responded to their requests to discuss this matter. Accordingly, the motion to compel (Docket # 110) is granted. The documents shall be produced in accordance with subpoena on or before July 22, 2008. Plaintiff is directed to serve a copy of this Order on Ace Capital Group.

      3. The motions to compel reflected in Docket ## 107, 108, 109, 111, 112, and 113 are denied, without prejudice to refiling following compliance with paragraph 2.A of this Court's Individual Practices.

      SO ORDERED.

Dated: July 2, 2008
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge