UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., a California corporation, dba WESTLAND INDUSTRIES; PRACTICAL FINANCE CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MOSES STERN, an individual aka MARK STERN; JOSHUA SAFRIN, an individual; FIRST REPUBLIC GROUP REALTY LLC, a Delaware limited liability company; EPHRAIM FRANKEL, an individual; LAND TITLE ASSOCIATES ESCROW, a New York limited liability company,<br><br>Defendants. | Case No. CV 07-11586 (LAK) (GWG) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

WHEREAS, on June 11, 2008, defendants Stern and First Republic Group Realty LLC filed cross claims (the "Stern Cross Claims") against Steven Alevy and Bankers Capital Realty Advisors LLC (together, "Bankers Capital");

WHEREAS, the current deadline for Bankers Capital to move or otherwise respond to the Stern Cross Claims is Monday, July 7, 2008;

WHEREAS, on June 16, 2008, defendants Frenkel and Land Title Associates filed cross claims (the "Land Title Cross Claims," and together with the Stern Cross Claims, the "Cross Claims") against Bankers Capital;

WHEREAS, the current deadline for Bankers Capital to move or otherwise respond to the Land Title Cross Claims is Thursday, July 10, 2008;

WHEREAS, Bankers Capital has requested an extension of time to move or otherwise respond to the Cross Claims, subject to the Court's approval, and the cross claimants have agreed to provide Bankers Capital with such requested additional time; and

WHEREAS, no prior extension of time to respond to the Cross Claims has been requested;

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, and it is SO ORDERED by the Court, that Bankers Capital's deadline to move or otherwise respond to the Cross Claims is hereby extended through and including Friday, July 18, 2008.

Dated: July 1, 2008

SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000
Attorneys for Plaintiffs Amusement Industry, Inc. dba Westland Industries, Practical Finance Co., Inc., Bankers Capital and Steven Alevy

By: _____
Marc D. Youngelson
Dated: July 2, 2008

HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
(212) 421-4000
Attorneys for Defendants Moses Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow

By: _____
Stephen R. Stern
Dated: July   , 2008

KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

-2-

WHEREAS, Bankers Capital has requested an extension of time to move or otherwise respond to the Cross Claims, subject to the Court's approval, and the cross claimants have agreed to provide Bankers Capital with such requested additional time; and

WHEREAS, no prior extension of time to respond to the Cross Claims has been requested;

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, and it is SO ORDERED by the Court, that Bankers Capital's deadline to move or otherwise respond to the Cross Claims is hereby extended through and including Friday, July 18, 2008.

Dated: July 1, 2008

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Rockefeller Plaza<br>New York, New York 10020<br>(212) 643-7000<br>Attorneys for Plaintiffs Amusement Industry, Inc. dba Westland Industries, Practical Finance Co., Inc., Bankers Capital and Steven Alevy<br><br>By:_____<br>   Marc D. Youngelson<br>   Dated: July  , 2008 | HOFFINGER STERN & ROSS, LLP<br>150 East 58th Street, 19th Floor<br>New York, New York 10155<br>(212) 421-4000<br>Attorneys for Defendants Moses Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow<br><br>By:_____<br>   Stephen R. Stern<br>   Dated: July 2, 2008 |

KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

-2-

(212) 836-8242
Attorneys for Defendants Stern and First
Republic Group Realty LLC

By: *[signature: Michael A Lynn]*
Michael A. Lynn
Dated: July 2, 2008

SO ORDERED:

*[signature]*
Hon. Gabriel W. Gorenstein, U.S.M.J.
7/2/2008

-3-