# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
TEL: 973-643-7000
FAX: 973-643-6500

MARC D. YOUNGELSON
ASSOCIATE
DIRECT DIAL: (973) 643-5279
E-MAIL: MYOUNGELSON@SILLSCUMMIS.COM

650 COLLEGE ROAD EAST
PRINCETON, NJ 08540
TEL: 609-227-4600
FAX: 609-227-4646

July 10, 2008

**Via facsimile**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: Amusement Industry, Inc. v. Moses Stern, et al.
     Case No. 07-11586 (LAK) (GWG)

Dear Judge Gorenstein:

  We represent third party defendants Steven Alevy and Bankers Capital (together, "Bankers Capital") in the above-referenced action (the "Action"). We write to request that the Court extend Bankers Capital's time to move or otherwise respond to the cross claims asserted by defendants Stern, First Republic, Land Title Associates and Frenkel (collectively, "defendants") through and including Friday, July 25, 2008. The current deadline for Bankers Capital to move or otherwise respond is Friday, July 18. This is the second request for an extension of this deadline. Defendants have consented to this extension. Thank you.

Respectfully submitted,

Marc D. Youngelson

cc: Counsel of Record (via e-mail)

SO ORDERED. DATE: 7/11/08
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE