PHILIP R. WHITE
MARC D. YOUNGELSON
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMUSEMENT INDUSTRY, INC. (dba WESTLAND INDUSTRIES), and PRACTICAL FINANCE CO., INC., | : : : : | CASE NO. 07 Civ. 11586 (LAK) (GWG) |
| Plaintiffs, | : : | **CERTIFICATION OF** |
| | : | **MARC D. YOUNGELSON** |
| v. | : : | |
| MOSES STERN (aka MARK STERN), JOSHUA SAFRIN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, and LAND TITLE ASSOCIATES ESCROW, | : : : : : : | |
| Defendants. | : : | |
| ——————————————— | : : : | |

JOSHUA SAFRIN,                                          :
                                                       :
Defendant/Third Party                                  :
Crossclaim- Counterclaim                               :
Plaintiff,                                             :
                                                       :
v.                                                     :
                                                       :
                                                       :
STEPHEN FRIEDMAN, STEVEN ALEVY,                        :
BUCHANAN INGERSOLL & ROONEY,                           :
P.C., BANKERS CAPITAL REALTY                           :
ADVISORS LLC, and FIRST REPUBLIC                       :
GROUP CORP.,                                           :
                                                       :
Third Party Defendants,                                :
                                                       :
- and -                                                :
                                                       :
MOSES STERN aka MARK STERN, FIRST                      :
REPUBLIC GROUP REALTY LLC,                             :
EPHRAIM FRENKEL, and LAND TITLE                        :
ASSOCIATES ESCROW,                                     :
                                                       :
Defendants/Crossclaim                                  :
Defendants,                                            :
                                                       :
- and -                                                :
                                                       :
AMUSEMENT INDUSTRY, INC. dba                           :
WESTLAND INDUSTRIES, and                               :
PRACTICAL FINANCE CO., INC.,                           :
                                                       :
Plaintiffs/Counterclaim                                :
Defendants.                                            :
                                                       :

---

MARC D. YOUNGELSON hereby certifies:

1.      I am associated with the firm Sills Cummis & Gross P.C., counsel to plaintiffs

Amusement Industry, Inc. and Practical Finance Co., Inc. ("plaintiffs") in the above-captioned

action. I submit this certification in support of plaintiffs' opposition to defendants' motion to disqualify plaintiffs' co-counsel, Sragow & Sragow.

2.      Attached hereto as Exhibit A are true and correct copies of documents bearing Bates Nos. NF/CAP1 00012 and NF/CAP1 00016-18, which were produced by Capital One in this Action.

3.      Attached hereto as Exhibit B is a true and correct copy of plaintiffs' Amended Initial Disclosures, dated May 9, 2008.

4.      Attached hereto as Exhibit C is a true and correct copy of defendants Marc Stern and First Republic Group Realty LLC's Initial Rule 26(a)(1) Disclosure, dated March 17, 2008.

5.      Attached hereto as Exhibit D is a true and correct copy of defendants Ephraim Frenkel and Land Title Associates Escrow's Initial Rule 26(a)(1) Disclosure, dated March 17, 2008.

6.      Attached hereto as Exhibit E is a true and correct copy of a June 25, 2008 letter from me to Stephen R. Stern and Michael Lynn.

7.      Attached hereto as Exhibit F is a true and correct copy of a June 26, 2008 letter from Michael Lynn to me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  July 11, 2008

_____
Marc D. Youngelson

# EXHIBIT A

FAIR LAWN
For Information: (877)694-9111

NOTICE: See Reverse side
for Important Information

```
                                                    7-31-07
                                                    PAGE      1
                                                    5514007904
                                                    NO ENCLOSURES
```

LAND TITLE ASSOCIATES AGENCY,LLC                551
ESCROW ACCOUNT
1979 MARCUS AVE STE 209
NEW HYDE PARK NY 11042-1002

MORE BRANCHES, MORE ATMS, MORE HOURS, MORE LOCATIONS,
MORE WAYS TO SERVE YOU BETTER. FOR A WIDE RANGE OF
PRODUCTS TO BETTER SERVE YOUR FINANCIAL NEEDS CALL OUR
TELEPHONE EXPRESS BANKING CENTER AT 877-694-9111.

BUSINESS ADVANTAGE PLUS                551400 790 4

| | | |
|---|---|---:|
| Previous Balance | 6-30-07 | 55,301.38 |
| +Deposits/Credits | 4 | 21,777,500.00 |
| -Checks/Debits | 4 | 21,777,500.00 |
| -Service Charge | | .00 |
| Ending Balance | 7-31-07 | 55,301.38 |
| Days In Statement Period | 31 | |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---:|---:|---:|
| | Beginning Balance | | | | 55,301.38 |
| 7-02 | AMUSEMENT INDUSTRY INC | | | 13,000,000.00 | 13,055,301.38 |
| 7-03 | TRANSFER TO 5516019766 | | 13,000,000.00 | | 55,301.38 |
| 7-12 | IOLA-TEPFER AND TEPFER PC SPEC | | | 8,677,500.00 | 8,732,801.38 |
| 7-13 | WEB XFER TO DDA 005516019766 | | 8,677,500.00 | | 55,301.38 |
| 7-16 | WEB XFER FR DDA 005516019766 | | 50,000.00 | | 5,301.38 |
| 7-20 | WEB XFER TO DDA 005514007797 | | | 50,000.00 | 55,301.38 |
| 7-23 | WEB XFER FR DDA 005514008209 | | 50,000.00 | | 5,301.38 |
| | | | | 50,000.00 | 55,301.38 |
| | Ending Balance | | | | 55,301.38 |

Please be advised that we are not legally obligated to print these
statements out on North Fork statement paper. Due to the fact
effective August 1, 2007, North Fork Bank was merged into
Capital One, N.A.

END OF STATEMENT

NF/CAP1 00012

```
FAIR LAWN
For Information: (877)694-9111                NOTICE: See Reverse side
                                              for Important Information

                                                        7-31-07
                                                        PAGE    1
                                                        5516019766
                                          JEM           8 ENCLOSURES

FIRST REPUBLIC GROUP CORP
C/O LAND TITLE ASSOCIATES AGENCY,L        551
1979 MARCUS AVE STE 209
NEW HYDE PARK NY 11042-1002


          MORE BRANCHES, MORE ATMS, MORE HOURS, MORE LOCATIONS,
          MORE WAYS TO SERVE YOU BETTER. FOR A WIDE RANGE OF
          PRODUCTS TO BETTER SERVE YOUR FINANCIAL NEEDS CALL OUR
          TELEPHONE EXPRESS BANKING CENTER AT 877-694-9111.


ESCROW MANAGEMENT ACCOUNT                      551601 976 6

          Previous Balance           7-03-07
          +Deposits/Credits             22              32,367,000.00         .00
          -Checks/Debits                63              31,737,121.50
          -Service Charge                                         .00
          +Interest Paid                                          .00
          Ending Balance             7-31-07                             956.43
          Days in Statement Period       28                        630,834.93
                            INTEREST INFORMATION
          Average Daily Balance                               630,830.61
          Interest Paid This Year                                 956.43
   Date       Rate      Date       Rate        Date            Rate
   7-03       .250%
```

```
DATE DESCRIPTION              CHECK#         DEBITS      CREDITS              BALANCE
       Beginning Balance                                                          .00
7-03   TRANSFER FROM 5514007904                         13,000,000.00    13,000,000.00
7-05   INT PMT 07/03/07 THRU 07/04/07                          178.07    13,000,178.07
7-06   INT PMT 07/05/07 THRU 07/05/07                           89.04    13,000,267.11
7-08   INT PMT 07/06/07 THRU 07/07/07                          178.08    13,000,445.19
7-09   INT PMT 07/08/07 THRU 07/07/07                           89.04    13,000,534.23
7-10   INT PMT 07/09/07 THRU 07/09/07                           89.04    13,000,623.27
7-11   INT PMT 07/10/07 THRU 07/10/07                           89.04    13,000,712.31
7-12   WEB XFER PR DDA 005514007904                      8,677,500.00    21,678,212.31
7-12   Tepfer and Tepfer           8,677,500.00                          13,000,712.31
7-12   Roman Associates            2,670,000.00                          10,330,712.31
7-12   GMAC                        2,325,000.00                           8,005,712.31
7-12   Bruce W Minsky Esq            934,500.00                           7,071,212.31
7-12   Land Title Associates        934,500.00                           6,136,712.31
7-12   Latham& Watkins LLP          277,500.00                           5,859,212.31
7-12   Herrick Feinstein LLP        200,000.00                           5,659,212.31
7-12   SMBC Derivative Products Limit 111,760.00                         5,547,452.31
7-12   Integra Realty Resources      96,485.00                           5,450,967.31
7-12   Helix Financial               88,538.42                           5,362,428.89
7-12   LandAmerica Asesment Corp     44,800.00                           5,317,628.89
7-12   LeaseProbe                    16,125.00                           5,301,503.89
7-12   Young Conaway Stargatt & Taylo 15,000.00                          5,286,503.89
7-12   Parker Hudson Rainer & Dobbs L 12,400.00                          5,274,103.89
7-12   Chatham Financial Corp        11,176.00                           5,262,927.89
7-12   The Planing & Zoning Resource   7,001.80                          5,255,926.09
7-12   Odin Feldman & Pittleman PC     6,800.00                          5,249,126.09
7-12   LandAmerica Asesment Corp       2,400.00                          5,246,726.09
7-12   ChoicePoint                     1,350.96                          5,245,375.13
7-12   INT PMT 07/11/07 THRU 07/11/07                            89.04    5,245,464.17
7-13   FIRST REPUBLIC GROUP CORP                         2,325,000.00     7,570,464.17
7-13   WEB XFER FR DDA 005514008290                      1,260,000.00     8,830,464.17
7-13   WEB XFER FR DDA 005514008332                      1,180,000.00    10,010,464.17
7-13   WEB XFER FR DDA 005514008258                        350,000.00    10,360,464.17
7-13   WEB XFER FR DDA 005514008258                        230,000.00    10,590,464.17
7-13   WEB XFER FR DDA 005514008316                        150,000.00    10,740,464.17
7-13   WEB XFER FR DDA 005514008944                        130,000.00    10,870,464.17
7-13   WEB XFER FR DDA 005514008217                        120,000.00    10,990,464.17

          Continued on next page
```

```
FIRST REPUBLIC GROUP CORP
C/O LAND TITLE ASSOCIATES AGENCY,L          7-31-07
1979 MARCUS AVE STE 209                     PAGE    2
NEW HYDE PARK NY 11042-1002                 5516019766
```

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|--------|---------|---------|
| | Balance Forward | | | | 10,990,464.17 |
| 7-13 | WEB XFER FR DDA 005514008274 | | | 100,000.00 | 11,090,464.17 |
| 7-13 | WEB XFER FR DDA 005514008282 | | | 100,000.00 | 11,190,464.17 |
| 7-13 | WEB XFER FR DDA 005514008951 | | | 70,000.00 | 11,260,464.17 |
| 7-13 | WEB XFER FR DDA 005514008365 | | | 50,000.00 | 11,310,464.17 |
| 7-13 | WEB XFER FR DDA 005514008308 | | | 50,000.00 | 11,360,464.17 |
| 7-13 | WEB XFER FR DDA 005514007904 | | | 50,000.00 | 11,410,464.17 |
| 7-13 | WEB XFER FR DDA 005514008241 | | | 30,000.00 | 11,440,464.17 |
| 7-13 | WEB XFER FR DDA 005514008266 | | | 20,000.00 | 11,460,464.17 |
| 7-13 | WEB XFER FR DDA 005514001329 | | | 20,000.00 | 11,480,464.17 |
| 7-13 | Incoming Wire Transfer Fee | | 15.00 | | 11,480,449.17 |
| 7-13 | first republic group realty/s | | 6,337,047.62 | | 5,143,401.55 |
| 7-13 | CRLP | | 1,116,210.00 | | 4,027,191.55 |
| 7-13 | northmarq capital inc | | 975,000.00 | | 3,052,191.55 |
| 7-13 | Reiss Eisenpress LLP | | 350,000.00 | | 2,702,191.55 |
| 7-13 | Citigroup Global Markets Realt | | 230,000.00 | | 2,472,191.55 |
| 7-13 | Cavazos, Hendricks & Poirot PC | | 12,000.00 | | 2,460,191.55 |
| 7-13 | Burr & Forman LLP | | 5,750.00 | | 2,454,441.55 |
| 7-13 | citigroup global markets realt | | 743.28 | | 2,453,698.27 |
| 7-13 | INT PMT 07/12/07 THRU 07/12/07 | | | 35.93 | 2,453,734.20 |
| 7-15 | INT PMT 07/13/07 THRU 07/14/07 | | | 33.61 | 2,453,767.81 |
| 7-16 | FIRST REPUBLIC GROUP CORP | | | 2,670,000.00 | 5,123,767.81 |
| 7-16 | LAND TITLE | | | 934,500.00 | 6,058,267.81 |
| 7-16 | Incoming Wire Transfer Fee | | 15.00 | | 6,058,252.81 |
| 7-16 | Incoming Wire Transfer Fee | | 15.00 | | 6,058,237.81 |
| 7-16 | First Republic Group Realty/St | | 50,000.00 | | 6,008,237.81 |
| 7-16 | Buchanan Ingersoll PC | | 50,000.00 | | 5,958,237.81 |
| 7-16 | CRLP/ Corporate Account | | 27,000.00 | | 5,931,237.81 |
| 7-16 | Integra Realty Resources | | 15,520.00 | | 5,915,717.81 |
| 7-16 | Cavazos, Hendricks & Poirot PC | | 12,000.00 | | 5,903,717.81 |
| 7-16 | WEB XFER TO DDA 005514008290 | | 1,260,000.00 | | 4,643,717.81 |
| 7-16 | WEB XFER TO DDA 005514008332 | | 1,180,000.00 | | 3,463,717.81 |
| 7-16 | WEB XFER TO DDA 005514008258 | | 350,000.00 | | 3,113,717.81 |
| 7-16 | WEB XFER TO DDA 005514008316 | | 229,770.00 | | 2,883,947.81 |
| 7-16 | WEB XFER TO DDA 005514008944 | | 150,000.00 | | 2,733,947.81 |
| 7-16 | WEB XFER TO DDA 005514008217 | | 130,000.00 | | 2,603,947.81 |
| 7-16 | WEB XFER TO DDA 005514008282 | | 120,000.00 | | 2,483,947.81 |
| 7-16 | WEB XFER TO DDA 005514008274 | | 100,000.00 | | 2,383,947.81 |
| 7-16 | WEB XFER TO DDA 005514008951 | | 100,000.00 | | 2,283,947.81 |
| 7-16 | WEB XFER TO DDA 005514007904 | | 70,000.00 | | 2,213,947.81 |
| 7-16 | WEB XFER TO DDA 005514008365 | | 50,000.00 | | 2,163,947.81 |
| 7-16 | WEB XFER TO DDA 005514008308 | | 50,000.00 | | 2,113,947.81 |
| 7-16 | WEB XFER TO DDA 005514008241 | | 50,000.00 | | 2,063,947.81 |
| 7-16 | WEB XFER TO DDA 005514008266 | | 30,000.00 | | 2,033,947.81 |
| 7-16 | WEB XFER TO DDA 005514001329 | | 20,000.00 | | 2,013,947.81 |
| 7-16 | WEB XFER TO DDA 005514008258 | | 20,000.00 | | 1,993,947.81 |
| 7-16 | INT PMT 07/15/07 THRU 07/15/07 | | 230.00 | | 1,993,717.81 |
| 7-17 | Bruce Minsky, Esq | | | 16.81 | 1,993,734.62 |
| 7-17 | INT PMT 07/16/07 THRU 07/16/07 | | 1,134,934.42 | | 858,800.20 |
| 7-18 | INT PMT 07/17/07 THRU 07/17/07 | | | 13.66 | 858,813.86 |
| 7-19 | INT PMT 07/18/07 THRU 07/18/07 | | | 5.88 | 858,819.74 |
| 7-20 | WEB XFER TO DDA 005514007797 | | | 5.88 | 858,825.62 |
| 7-20 | | 1024 | 850,000.00 | | 8,825.62 |
| 7-20 | INT PMT 07/19/07 THRU 07/19/07 | | 50,000.00 | | 41,174.38- |
| 7-23 | WEB XFER FR DDA 005514008209 | | | 5.88 | 41,168.50- |
| 7-23 | Carruthers & Roth PA Trust Acc | | | 850,000.00 | 808,831.50 |
| 7-23 | | 1028 | 5,250.00 | | 803,581.50 |
| 7-23 | | 1029 | 50,000.00 | | 753,581.50 |
| 7-24 | INT PMT 07/23/07 THRU 07/23/07 | | 50,000.00 | | 703,581.50 |
| 7-25 | | 1012 | | 4.82 | 703,586.32 |
| 7-25 | INT PMT 07/24/07 THRU 07/24/07 | | 10,100.00 | | 693,486.32 |
| 7-26 | | 1031 | | 4.82 | 693,491.14 |
| 7-26 | INT PMT 07/25/07 THRU 07/25/07 | | 1,500.00 | | 691,991.14 |
| 7-27 | | 1018 | | 4.75 | 691,995.89 |
| 7-27 | INT PMT 07/26/07 THRU 07/26/07 | | 11,784.00 | | 680,211.89 |
| | | | | 4.74 | 680,216.63 |

Continued on next page

NF/CAP1 00017

```
FIRST REPUBLIC GROUP CORP                           7-31-07
C/O LAND TITLE ASSOCIATES AGENCY,L                  PAGE      3
1979 MARCUS AVE STE 209                             5516019766
NEW HYDE PARK NY 11042-1002
```

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|--------|---------|---------|
|      | Balance Forward |     |        |         | 680,216.63 |
| 7-29 | INT PMT 07/27/07 THRU 07/28/07 |  |    | 9.32 | 680,225.95 |
| 7-30 |             | 1014   | 48,000.00 |      | 632,225.95 |
| 7-30 |             | 1032   | 1,400.00  |      | 630,825.95 |
| 7-30 | INT PMT 07/29/07 THRU 07/29/07 |  |    | 4.66 | 630,830.61 |
| 7-31 | INT PMT 07/30/07 THRU 07/30/07 |  |    | 4.32 | 630,834.93 |
|      | Ending Balance |       |        |         | 630,834.93 |

CHECKS PAID DURING STATEMENT PERIOD          * INDICATES CHECK OUT OF SEQUENCE

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1012   | 7-25 | 10100.00 | 1014* | 7-30 | 48000.00 |
| 1018*  | 7-27 | 11784.00 | 1024* | 7-20 | 50000.00 |
| 1028*  | 7-23 | 50000.00 | 1029  | 7-23 | 50000.00 |
| 1031*  | 7-26 | 1500.00  | 1032  | 7-30 | 1400.00 |

Please be advised that we are not legally obligated to print these
statements out on North Fork statement paper. Due to the fact
effective August 1, 2007, North Fork Bank was merged into
Capital One, N.A.

END OF STATEMENT

NF/CAP1 00018

# EXHIBIT B

PHILIP R. WHITE
MARC D. YOUNGELSON
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500

ALLEN P. SRAGOW
SRAGOW & SRAGOW
6665 Long Beach Boulevard, Suite B-22
Long Beach, California 90805
Tel: (310) 639-0782
Fax: (310) 639-7210

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMUSEMENT INDUSTRY, INC., a California corporation dba WESTLAND INDUSTRIES; PRACTICAL FINANCE CO., INC., a California corporation, | ) ) ) ) | CASE NO. 07 CV 11586 **PLAINTIFFS' AMENDED INITIAL DISCLOSURES** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MOSES STERN, an individual aka MARK STERN; JOSHUA SAFRIN, an individual; FIRST REPUBLIC GROUP REALTY LLC, a Delaware limited liability company; EPHRAIM FRENKEL, an individual; LAND TITLE ASSOCIATES ESCROW, a New York limited liability company, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, plaintiffs Amusement Industry, Inc. and Practical Finance Co., Inc. (collectively, "plaintiffs"), by their undersigned counsel, hereby make the following amended initial disclosures in the above-captioned action. These disclosures are based on information

currently available to plaintiffs and are made without waiving any statutory or common law privilege, including the attorney client and work product privileges, or any objection as to relevance, materiality or admissibility of information provided herein in this action or in any other action or proceeding. Plaintiffs expressly reserve their right to revise, correct, supplement, amend or clarify the disclosures set forth herein, consistent with the Federal Rules.

A.    **Individuals Likely to Have Knowledge of Discoverable Facts.**

Plaintiffs believe that the following individuals or entities are likely to have knowledge of discoverable facts that they may use to support their claims and defenses, unless solely for impeachment:

| **Individual/Entity** | **General Subject Matter Area of Knowledge** |
| --- | --- |
| Farida Baig, c/o Sragow & Sragow, counsel for Plaintiffs | Communications with E. Frenkel |
| Allen Alevy, c/o Sragow & Sragow, counsel for Plaintiffs | Generally familiar with the transaction |
| Allen Sragow, c/o Sragow & Sragow, counsel for Plaintiffs | Generally familiar with the transaction |
| Avery Egert | Generally familiar with the transaction |
| Joshua Safrin | Generally familiar with the transaction |
| Mark Stern | Generally familiar with the transaction |
| Michael Libraty, c/o Sragow & Sragow, counsel for Plaintiffs | Generally familiar with the transaction |
| Steven Alevy (Bankers Capital) | Generally familiar with the transaction |
| Fidelity National Title Insurance Co. | Generally familiar with the financing for the transaction |
| Citigroup | Generally familiar with the financing for the transaction |
| Ephraim Frankel (Land Title Associates Escrow) | Generally familiar with the escrow for the transaction |
| Land Title Associates Escrow | Generally familiar with the escrow for the transaction |
| Buchanen Ingersol & Rooney | Generally familiar with the transaction |
| Stephen Friedman (Buchanen Ingersol & Rooney) | Generally familiar with the transaction |
| Colonial Properties Trust | Generally familiar with the transaction |
| Jones Lang LaSalle | Knowledge of management of subject |

2

| **Individual/Entity** | **General Subject Matter Area of Knowledge** |
|---|---|
|  | properties |
| Latham & Watkins | Generally familiar with the transaction |
| Leitman, Siegal & Payne | Generally familiar with the transaction |
| Marilu Garcia, c/o Sragow & Sragow, counsel for Plaintiffs | Knowledge of wiring of funds |
| Roman Associates, LTD | Knowledge of use of funds in escrow |
| Young Conaway Starrgatt & Taylor | Knowledge of use of funds in escrow |
| Vintage Insurance | Knowledge of use of funds in escrow |
| Roth Associates CPA | Knowledge of use of funds in escrow |
| Mary Stark | Knowledge of use of funds in escrow |
| Prudential Douglas Elliman | Knowledge of use of funds in escrow |
| Parker Hudson Rainer | Knowledge of use of funds in escrow |
| Odin Feldman Pittleman | Knowledge of use of funds in escrow |
| NRAI Entity Services LLC | Knowledge of use of funds in escrow |
| Carruthers & Roth | Knowledge of use of funds in escrow |
| Hoffinger Stern & Ross | Generally familiar with the transaction |
| GMAC IPG | Knowledge of use of funds in escrow |
| Frank Dwyer | Knowledge of use of funds in escrow |
| Eisenpress and Reiss, Esq. | Knowledge of use of funds in escrow |
| Chatham Financial Corporation | Knowledge of use of funds in escrow |
| Cavazos Hendricks & Poirot, PC | Knowledge of use of funds in escrow |
| Integra | Knowledge of use of funds in escrow |
| Burr Forman | Knowledge of use of funds in escrow |
| Bruce Minsky, Esq. | Knowledge of use of funds in escrow |
| All Risk Brokerage | Knowledge of use of funds in escrow |
| ACE Capital Group | Knowledge of use of funds in escrow |
| CIBC | Knowledge of Safrin signature |
| UBS Financial | Knowledge of Safrin signature |
| Herrick Feinstein | Generally familiar with the transaction |
| North Fork Bank (Capital One) | Knowledge of receipt and disbursement of escrow funds |
| Tepfer & Tepfer | Knowledge of receipt and disbursement of escrow funds |
| YAHOO, Inc. | Knowledge of Safrin signature |
| Bankers Capital | Generally familiar with the transaction |

3

**B.**    <u>**Documents.**</u>

Plaintiffs hereby produce the enclosed documents bearing bates numbers AI000001 – AI001524, which may be used to support plaintiffs' claims or defenses herein, unless solely for impeachment.

**C.**    <u>**Damages.**</u>

At this time, plaintiffs anticipate computing their monetary damages, assuming that monetary damages are their sole remedy, as follows:  The estimated market value of the property portfolio is approximately $190,000,000.  The estimated mortgages against the property equal approximately $130,000,000, and the equity value lost to Amusement is therefore $60,000,000.

Plaintiffs reserve the right to amend the foregoing computation as discovery proceeds.

**D.**    <u>**Insurance Agreements.**</u>

At this time, plaintiffs are unaware of any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  May 9, 2008

SILLS CUMMIS & GROSS P.C.

By: _____
Marc D. Youngelson
One Rockefeller Plaza
New York, NY 10020
Telephone: (212) 643-7000
Attorneys for plaintiffs

4

# EXHIBIT C

27

Stephen R. Stern, Esq. (SRS-5665)
Philip S. Ross, Esq. (PR-0867)
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:    (212) 223-3857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
AMUSEMENT INDUSTRY, INC., dba          :
WESTLAND INDUSTRIES; PRACTICAL
FINANCE CO., INC.,

                                       :

            Plaintiffs,
        -against-                      :        07 CV 11586 (LAK)(GWG)

MOSES STERN, aka MARK STERN,           :
JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY,LLC,       :        INITIAL RULE
EPHRAIM FRENKEL,                                26(a) (1) DISCLOSURE
LAND TITLE ASSOCIATES ESCROW           :
            Defendants.

                                       :
------------------------------------------------------x

        Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants
Moses Stern a/k/a Mark Stern ("Stern") and First Republic Group Realty, LLC ("First
Republic") provide the following disclosures:

        (i)     **Name and, if known, the address and telephone number of each
                individual likely to have discoverable information along with the
                subjects of that information that the disclosing party may use to
                support their claims for defenses:**

        1.      Mark Stern c/o Hoffinger Stern & Ross, LLP, 150 East 58th Street, 19th
Floor, New York, New York 10155, (212) 421-4000. The various documents and
communications exchanged between the parties referred to in the Complaint.

        2.      Joshua Safrin c/o Flemming Zulack Williamson Zauderer LLP, One
Liberty Plaza, New York, New York 10006, (212) 412-9500. Upon information and
belief, the various documents and communications exchanged between the parties
referred to in the Complaint.

        3.      Ephraim Frenkel, c/o Hoffinger Stern & Ross, LLP, 150 East 58th Street,

19th Floor, New York, New York 10155, (212) 421-4000. The various documents and communications relating to the $13,000,000.00 which was held in escrow by Land Title Associates Escrow ("Land Title").

4.     Steven Friedman, c/o Buchanan Ingersol & Rooney, P.C.,  One Chase Plaza; 35th Floor, New York, New York 10005, (212)440-4400. Upon information and belief, the various documents and communications exchanged between the parties referred to in the Complaint.

5.     Steven Alevy, c/o Bankers Capital Realtor Advisors, LLC, 575 Madison Avenue, 10th Floor, New York, New York 10022, (212) 605-0460. Upon information and belief, the various documents and communications exchanged between the parties referred to in the Complaint.

6.     Alan Alevy, c/o Allen P. Sragow, Esq., Sragow & Sragow, 6665 Long Beach Boulevard, Suite B-22, Long Beach, California 90805, (310) 639-0782. Upon information and belief, the various documents and communications exchanged between the parties referred to in the Complaint.

7.     Avery Egert – Upon information and belief, the various documents and communications exchanged between the parties referred to in the Complaint.

8.     Stern and First Republic have not yet retained any expert witness and reserve the right to do so.

(ii)     **A copy-or a description by category and location- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support their claims, or defenses, unless the use would be solely for impeachment:**

1.     Documents relating to the Letter of Intent dated June 29, 2007 ("LOI"), including the LOI, referred to in the Complaint which documents are located at First Republic, 25 Robert Pitt Drive, Monsey, New York 10592;

2.     Documents relating to the communications between the parties beginning on June 30, 2007 through to July 11, 2007 relating to what is referred to in the Complaint as the July 11, 2007 counter offer which documents are located at First Republic, 25 Robert Pitt Drive, Monsey, New York 10592;

3.     Documents relating to the $13,000,000.00 held in escrow by Defendant Land Title which documents are located at 1979 Marcus Avenue, Suite 209, Lake Success, NY 11042;

4.     Documents relating to the escrow agreement of about July 11, 2007 ("Escrow Agreement") referred to in the Complaint, located, upon information and belief,

offices of Steven Friedman, c/o Buchanan Ingersol & Rooney, P.C., One Chase Plaza, 35th Floor, New York, New York 10005, (212) 440-4400;

5. Documents relating to the demand for the release of the documents held in escrow pursuant to the Escrow Agreement, located, upon information and belief, offices of Steven Friedman, c/o Buchanan Ingersol & Rooney, P.C., One Chase Plaza; 35th Floor, New York, New York 10005, (212) 440-4400;

6. Documents relating to communication by and among the parties beginning July 12, 2007 through to November 15, 2007 which documents are located at Marcus Avenue, Suite 209, Lake Success, NY 11042.

**(iii)    a computation of each category of damages claimed by the disclosing party-who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure on which computation is based including materials bearing on the nature and extent of injuries suffered .**

1. Not applicable to Stern and First Republic at this juncture.

**(iv)    Insurance Agreement(s):**

1. No applicable insurance agreements exist.

These disclosures are based upon Stern's and First Republic's current understanding of the facts and information reasonably available to them. Stern and First Republic reserve the right to supplement this disclosure as discovery progresses. Furthermore, production of any requested documents that contain confidential or proprietary information will be provided pursuant to the Confidentiality Agreement. By filing these Disclosures, Stern nor First Republic do not waive any defenses, objections, privileges or exceptions it has to Plaintiffs' allegations.

Dated:      New York, New York
               March 17, 2008

                                    Hoffinger Stern & Ross, LLP
                                    Attorneys for Defendants
                                    Mark Stern and First Republic
                                    Group Realty LLC

                                    By:_____
                                        Stephen R. Stern
                                        150 East 58th Street
                                        19th Floor
                                        New York, New York 10155
                                        (212) 421-4000

To:      Philip R. White, Esq.
           Sills Cummis & Gross, P.C.
           Attorneys for Plaintiffs
           One Rockefeller Plaza
           New York, New York 10020
           (212) 643-7000

           Allen P. Sragow, Esq.
           Sragow & Sragow
           Attorneys for Plaintiffs
           6665 Long Beach Boulevard, Suite B-22
           Long Beach, California 90805
           (310) 639-0782

           Jonathan D. Lupkin, Esq
           Flemming Zulack Williamson Zauderer LLP
           Attorneys for Defendant Joshua Safrin
           One Liberty Plaza
           New York, New York 10006
           (212) 412-9500

# EXHIBIT D

Stephen R. Stern, Esq. (SRS-5665)
Philip S. Ross, Esq. (PR-0867)
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel:    (212) 421-4000
Fax:   (212) 223-3857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMUSEMENT INDUSTRY, INC., dba          :
WESTLAND INDUSTRIES; PRACTICAL
FINANCE CO., INC.,

                                       :
        Plaintiffs,
        -against-                      :          07 CV 11586 (LAK)(GWG)

MOSES STERN, aka MARK STERN,           :
JOSHUA SAFRIN,
FIRST REPUBLIC GROUP REALTY,LLC,       :          INITIAL RULE
EPHRAIM FRENKEL,                                  26(a) (1) DISCLOSURE
LAND TITLE ASSOCIATES ESCROW           :
        Defendants.

                                       :
-------------------------------------------------------x

        Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure, Defendants
Ephraim Frenkel ("Frenkel") and Land Title Associates Escrow ("Land Title") provide
the following disclosures:

        (i)        **Name and, if known, the address and telephone number of each
                   individual likely to have discoverable information along with the
                   subjects of that information that the disclosing party may use to
                   support their claims for defenses:**

        1.        Mark Stern c/o Hoffinger Stern & Ross, LLP, 150 East 58th Street, 19th
Floor, New York, New York 10155, (212) 421-4000. The various documents and
communications relating to the $13,000,000.00 which was held in escrow by Land Title.

        2.        Joshua Safrin c/o Flemming Zulack Williamson Zauderer LLP, One
Liberty Plaza, New York, New York 10006, (212) 412-9500. Upon information and
belief, the various documents and communications relating to the $13,000,000.00 which
was held in escrow by Land Title.

        3.        Ephraim Frenkel, c/o Hoffinger Stern & Ross, LLP, 150 East 58th Street,

19th Floor, New York, New York 10155, (212) 421-4000. The various documents and communications relating to the $13,000,000.00 which was held in escrow by Land Title.

4.    Steven Friedman, c/o Buchanan Ingersol & Rooney, P.C., One Chase Plaza; 35th Floor, New York, New York 10005, (212) 440-4400. Upon information and belief, the various documents and communications relating to the $13,000,000.00 which was held in escrow by Land Title.

5.    Steven Alevy, c/o Bankers Capital Realtor Advisors, LLC, 575 Madison Avenue, 10th Floor, New York, New York 10022, (212) 605-0460. Upon information and belief, the various documents and communications relating to the $13,000,000.00 which was held in escrow by Land Title.

6.    Alan Alevy, c/o Allen P. Sragow, Esq., Sragow & Sragow, 6665 Long Beach Boulevard, Suite B-22, Long Beach, California 90805, (310) 639-0782. Upon information and belief, the various documents and communications relating to the $13,000,000.00 which was held in escrow by Land Title.

7.    Frenkel and Land Title have not yet retained any expert witness and reserve the right to do so.

**(ii)    A copy-or a description by category and location- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support their claims, or defenses, unless the use would be solely for impeachment:**

1.    Documents relating to the $13,000,000.00 held in escrow by Defendant Land Title which documents are located at 1979 Marcus Avenue, Suite 209, Lake Success, NY 11042;

**(iii)    a computation of each category of damages claimed by the disclosing party-who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure on which computation is based including materials bearing on the nature and extent of injuries suffered .**

1.    Not applicable to Stern and First Republic at this juncture.

**(iv)    Insurance Agreement(s):**

1.    No applicable insurance agreements exist.

These disclosures are based upon Frenkel's and Land Title's current understanding of the facts and information reasonably available to them. Frenkel and Land Title reserve the right to supplement this disclosure as discovery progresses. Furthermore, production of any requested documents that contain confidential or proprietary information will be provided pursuant to the Confidentiality Agreement. By filing these Disclosures, Frenkel and Land Title do not waive any defenses, objections, privileges or exceptions he/it has to Plaintiffs' allegations.

Dated:        New York, New York
              March 17, 2008

                              Hoffinger Stern & Ross, LLP
                              Attorneys for Defendants Ephraim Frenkel
                              and Land Title Associates Escrow


                        By:_____
                              Stephen R. Stern
                              150 East 58th Street
                              19th Floor
                              New York, New York 10155
                              (212) 421-4000

To:     Philip R. White, Esq.
        Sills Cummis & Gross, P.C.
        Attorneys for Plaintiffs
        One Rockefeller Plaza
        New York, New York 10020
        (212) 643-7000

        Allen P. Sragow, Esq.
        Sragow & Sragow
        Attorneys for Plaintiffs
        6665 Long Beach Boulevard, Suite B-22
        Long Beach, California 90805
        (310) 639-0782

        Jonathan D. Lupkin, Esq
        Flemming Zulack Williamson Zauderer LLP
        Attorneys for Defendant Joshua Safrin
        One Liberty Plaza
        New York, New York 10006
        (212) 412-9500

**EXHIBIT E**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**One Rockefeller Plaza**
**New York, NY 10020**
**Tel: 212-643-7000**
**Fax: 212-643-6500**

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
TEL: 973-643-7000
FAX: 973-643-6500

MARC D. YOUNGELSON
ASSOCIATE
DIRECT DIAL: (973) 643-5279
E-MAIL: MYOUNGELSON@SILLSCUMMIS.COM

650 COLLEGE ROAD EAST
PRINCETON, NJ 08540
TEL: 609-227-4600
FAX: 609-227-4646

June 25, 2008

<u>**Via e-mail and regular mail**</u>

Stephen R. Stern, Esq.
Hoffinger Stern & Ross, LLP
150 East 58th Street, 19th Floor
New York, NY 10155

  Re: <u>Amusement Industry, Inc. v. Moses Stern, et al.</u>

Dear Stephen:

  We write to raise (i) several concerns plaintiffs have relating to the document production (the "Production") made by defendants Ephraim Frenkel and Land Title Associates Escrow (together, the "Frenkel defendants") in the above-referenced action (the "Action"); and (ii) an additional concern with respect to the Stern defendants' document production that inadvertently was not included in my June 24, 2008 letter regarding that production. As explained below, the Production apparently does not contain numerous categories of responsive documents, many of which the Frenkel defendants stated would be produced in their April 28, 2008 written response and objections (the "Responses").

  <u>Request No. 1:</u>  This Request seeks the Frenkel defendants' telephone records for June and July 2007. In their Responses, the Stern defendants indicated that they would produce such records. The Production, however, does not contain any telephone records. Please promptly produce all documents responsive to this Request.

  <u>Request Nos. 2-3:</u>  These Requests seek documents and communications concerning the purchasing and financing of the Colonial property portfolio (the "Portfolio"). This would include, among other things, all documents and communications between or among the Frenkel defendants and (i) the Stern defendants; (ii) Colonial; (iii) any brokers who obtained, or tried to obtain, financing for the Portfolio purchase (including without limitation Bankers Capital and Northmarq); (iv) Safrin; (v) Egert; (vi) the Sovereign Group/Safrin Group; (vii) Stephen Friedman and Buchanan Ingersoll (together, "Buchanan"); and (viiii) plaintiffs and Sragow &

Stephen R. Stern, Esq.
June 25, 2008
Page 2 of 4

Sragow.  While the Production contains some responsive documents, it contains very few documents relating to communications between the Frenkel and Stern defendants.  Please either (i) produce all responsive documents; or (ii) confirm that the Frenkel defendants have produced all documents responsive to these Requests.

Request Nos. 4-5:  These Requests seek all documents and communications concerning the Frenkel defendants' personal investment in the Colonial Portfolio purchase.  In their Responses, the Frenkel defendants state that they will produce responsive documents.  However, the Production does not appear to contain any such documents.  Please promptly produce all responsive documents, or, alternatively, confirm that no such documents exist.

Request Nos. 6-10:  These Requests seek corporate documentation relating to FRG, FRGR Managing Member, FRGR Holdings, MS Colonial, and JSAE Colonial including without limitation limited liability company agreements, certificates of election, consents of members, borrowing resolutions, and management agreements.  In the Responses, the Frenkel defendants indicate that they will produce such documents.  The Production, however, does not contain the foregoing materials.  If the Frenkel defendants have such documents, they should be produced.

Request Nos. 11-15:  These Requests seek all document and communications concerning the capitalization of FRG, FRGR Managing Member, FRGR Holdings, MS Colonial, and JSAE Colonial.  Unlike the Stern defendants, the Frenkel defendants state that they will produce such documents.  Please produce them, or confirm that the Frenkel defendants do not have any such documents in their possession, custody or control.

Request Nos. 16-20:  These Requests seek all document and communications concerning the disbursement of monies or assets from FRG, FRGR Managing Member, FRGR Holdings, MS Colonial, and JSAE Colonial to their respective members.  In their Responses, the Frenkel defendants state that they will produce such documents.  As the escrow agent, Frenkel surely must have such documents.  However, the Production does not appear to contain any documents responsive to these Requests.  Please promptly produce all responsive documents.

Request Nos. 21-25:  These Requests seek all document and communications concerning the conduct of business by FRG, FRGR Managing Member, FRGR Holdings, MS Colonial, and JSAE Colonial (e.g., corporate minutes, resolutions, etc.).  The Response indicates that such documents will be produced, but they do not appear to be in the Production.  Please promptly produce all documents responsive to these Requests.

Request No. 26:  This Request seeks all documents and communications concerning the value of the Portfolio.  In their Responses, the Frenkel defendants state that they will produce responsive documents only up through the date of the closing of the Portfolio Purchase.  Defendants' temporal limitation is inappropriate.  As you know, plaintiffs assert an ownership interest in the Portfolio as a result of defendants' failure to honor their obligations to plaintiffs.  While we understand that defendants do not agree with plaintiffs' position with respect to the parties' agreement, documents concerning the value of the Portfolio plainly are relevant to plaintiffs' claims.  Accordingly, please promptly produce all responsive documents.

Request Nos. 27-30, 32 and 34:  These Requests seek, among other things, all documents concerning communications between the Frenkel defendants and Citigroup or Colonial relating

Stephen R. Stern, Esq.
June 25, 2008
Page 3 of 4

to the Portfolio and the Citigroup financing taken by defendants in connection with the Portfolio. While the Production contains some of the foregoing documents, it does not contain the recent default notices served by Citigroup upon the Stern defendants, and all related documentation. Nor does it contain documents relating to defendants' payments to Citigroup. Given plaintiffs' interest in the Portfolio, such documents are discoverable. Please promptly produce them.

Request No. 36: This Request seeks all documents and communications concerning the Portfolio. The Frenkel defendants object to this Request on the ground that such documents already were provided to plaintiffs' "agent." This objection makes no sense. Even if true – plaintiffs do not understand which purported "agent" defendants refer to – the fact that defendants may have given responsive documents to a third party does not relieve them of their discovery obligations with respect to plaintiffs. Please promptly produce all such documents.

Request Nos. 39 and 46: These Requests seek, inter alia, all documents and communications concerning defendants Friedman and Buchanan Ingersoll (together, the "Buchanan defendants") in 2007 and 2008, including without limitation all communications between the Frenkel defendants and the Buchanan defendants relating to plaintiffs and/or the transactions at issue in the Action. The Production generally contains very few documents concerning communications between the Frenkel defendants and the Buchanan defendants that relate to plaintiffs or the transactions at issue in the Action. Please promptly produce all responsive documents, or, alternatively, confirm that the Frenkel defendants have produced all documents in their possession.

Request Nos. 40 and 50 (applicable to both the Frenkel and Stern defendants): These Requests seek, inter alia, all documents and communications concerning Steven Alevy, including without limitation the Stern and Frenkel defendants' communications with Mr. Alevy and/or Bankers Capital that relate to (i) the Colonial portfolio, (ii) defendants' efforts to obtain financing for the portfolio, or (iii) plaintiffs. The Productions for both the Frenkel and Stern defendants do not contain large amounts of materials relating to Mr. Alevy and Bankers Capital's involvement in the transactions at issue (much of which already has been produced by Bankers Capital). Please promptly produce such materials.

Request Nos. 41, 43, 51, 53, 70, 72: These Requests seek, inter alia, all documents and communications concerning Safrin and/or Egert in 2007 and 2008, including without limitation all communications between the Stern defendants and Safrin or relating to plaintiffs and/or the transactions at issue in the Action. As you know, the Stern defendants have alleged that Safrin and Egert hold a minority interest in FRG and that Safrin promised to contribute $5 million of equity for an interest in FRG. The Production, however, contains no documents concerning the foregoing allegations, and virtually no documents relating to Safrin or Egert whatsoever. The Frenkel defendants' Responses indicate that they will produce such documents. Please do so.

Request Nos. 42 and 52: These Requests seek, inter alia, all documents and communications between or among the Frenkel and Stern defendants. Again, the Production contains very few documents reflecting the Stern defendants' communications with the Frenkel defendants that relate to plaintiffs. Please promptly produce such documents.

Request Nos. 62, 63, 84-87 and 89: These Requests seek all documents and communications concerning the funds placed by Amusement into escrow with the Frenkel defendants and/or the release of such funds, including without limitation all escrow demands and

Stephen R. Stern, Esq.
June 25, 2008
Page 4 of 4

wiring instructions provided to the Frenkel defendants. The Production generally contains almost no documents responsive to these Requests. For example, the Production contains very few wiring instructions relating to the release of the funds from the escrow account at Land Title. The Production also contains no documents concerning the purpose or reason for the various disbursements that apparently occurred on July 12. Wire transfers do not happen by accident; nor do they happen without documentation. As the escrow agent, the Frenkel defendants surely must have such documents. Please promptly produce all responsive documents.

  Request No. 69: This Request seeks documents and communications concerning debts owed by the Stern defendants relating to the entities identified in the Request. In their Response, the Frenkel defendants' state only that they will produce the closing and settlement statements concerning the Portfolio Purchase. This limitation is not appropriate. As you know, plaintiffs have alleged, among other things, that the Stern defendants misappropriated Amusement's $13 million and used it to pay off their pre-existing debts to other entities, including the entities identified in Request No. 69. Plainly, documents evidencing such debts are relevant to plaintiffs' claims herein. Please promptly produce all responsive documents.

  Request Nos. 82-83: These Requests seek all escrow demands concerning the Citigroup loans and/or the Portfolio purchase. Defendants' Responses indicate that such documents will be production, but they are not contained in the Production. Please produce them.

  Request Nos. 58 and 78: These Requests seek all closing statements relating to the Portfolio purchase. Please confirm that all such statements have been produced.

  Request No. 88: this Request seeks all bank records for the Land Escrow account. The Frenkel defendants' Response indicates that they will produce such documents. However, aside from a handful of checks drawn on what appears to be a joint First Republic/Land Title account, there are virtually no bank records in the Production relating to the escrow account into which Amusement wired $13 million. Please promptly produce all responsive documents.

  Pursuant to Judge Gorenstein's individual practices, please let us know your availability to discuss the foregoing issues.

  Plaintiffs reserve the right to raise additional discovery issues as necessary. We look forward to hearing from you.

Very truly yours,

Marc D. Youngelson

cc:    Michael Lynn, Esq.
       Jonathan Lupkin, Esq.
       David Bayne, Esq.
       Allen Sragow, Esq.

# EXHIBIT F

# KAYE SCHOLER LLP

Michael A. Lynn
212 836-8242
Fax 212 836-6742
mlynn@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

June 26, 2008

**BY E-MAIL**

Marc D. Youngelson, Esq.
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, New York  10020

Re:  *Amusement Industry v. Stern,*  07 Civ. 11586 (LAK)

Dear Marc:

We, along with Hoffinger Stern & Ross LLP, write in response to your letter of June 25 regarding the motion filed by Mark Stern, First Republic Group Realty, LLC, Ephraim Frenkel and Land Title Associates Escrow (collectively, the "Defendants") to disqualify Sragow & Sragow from continuing to represent plaintiffs in this action.  At the outset, we note that your letter does not "confirm" our discussions but is, instead, a self-serving and inaccurate account of our discussions.

Your June 25 letter now proposes that the Sragow firm be disqualified from "serving as an advocate on issues of fact before the tribunal at the trial of the Action," but presumably would continue to represent plaintiffs both as trial counsel on issues of law and for all purposes with respect to any pre-trial proceedings.  The proposal you are putting forward now is an even more limited version of the proposal you made to us during the phone call – which would have completely disqualified the Sragow firm from acting as trial counsel.  However, in any event, neither the proposal you made during our June 24 call or the proposal in your June 25 letter is acceptable to us because it fails to adequately address the serious conflict of having a lawyer (and his firm) who were intimately involved with the underlying transaction and who will be witnesses at trial continue to serve as litigation counsel for the client.

Contrary to the assertions in your letter, we think that the case law is clear that, in these circumstances, the proper course of action is for the Court to disqualify the law firm for all purposes – both at trial and in pre-trial proceedings.  We also disagree with your assertion that the "great weight of authority" in the Second Circuit confirms that even if the Sragow firm is disqualified from representing plaintiffs as trial counsel, it may continue to represent plaintiffs in pre-trial proceedings, but this is neither the place nor time to debate the legal merit (or lack thereof) of your position as that is best left for the parties' briefs.

31666090.DOC

KAYE SCHOLER LLP

Marc D. Youngelson, Esq.                    2                          June 26, 2008

      Finally, the penultimate paragraph of your letter misstates both the facts of this case and the conversations that you had with Steve and I. Your assertion that Defendants have not objected to the Sragow firm's participation in pre-trial proceedings for the past seven months is disingenuous because it was only after the Defendants had an opportunity to review plaintiffs' production (which was only made in the past two months) that Defendants first uncovered both the nature and extent of Allen Sragow and the Sragow firm's integral involvement in the underlying transaction. Both Steve and I dispute the assertion in your June 25 letter that Defendants were not seeking to bar or prevent the Sragow firm from consulting and working with Sills Cummis in connection with the prosecution of the Action. You specifically asked me on Tuesday, during our telephone call, whether Defendants were only seeking to remove the Sragow firm as trial counsel. In response, both Steve and I told you several times that Defendants were seeking to remove the Sragow firm for all purposes. In fact, at the conclusion of the call, when Steve orally summarized the call, Steve made that specific point at least twice. Whether or not the Sragow firm could or would be permitted to consult or work with your firm after it is disqualified is besides the point. The issue is whether the Sragow firm could appear on papers and participate in the pre-trial discovery and both Steve and I made it clear to you that our position was that it could not do so if it is disqualified. Finally, while we did state to you that our motion was not intended to inflict unnecessary costs on the Sragow firm or upon Mr. Sragow personally, those concerns are irrelevant to whether Mr. Sragow and his firm should be disqualified from representing plaintiffs in this case.

      In the spirit of cooperation and continuing professional courtesy, we agreed to your initial request for an additional week to put in opposition papers on the disqualification motion and your further request this afternoon for an additional four days to put in opposition papers so that plaintiffs' papers will be due on July 11, and Defendants' reply papers will be due on July 25. However, as Steve and I told you during the phone call on Tuesday, since your opposition papers would have been due prior to the conference with Magistrate Judge Gorenstein, we do not consent and, indeed, object to you unilaterally raising the issue of the disqualification motion and attempting to argue your position before Magistrate Judge Gorenstein next Tuesday without you first providing us with your opposition papers.

      Very truly yours,

      Michael A. Lynn

cc:    All Counsel of Record (by email)

31666090.DOC