PHILIP R. WHITE
MARC D. YOUNGELSON
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
Tel: (212) 643-7000
Fax: (212) 643-6500

Attorneys for plaintiffs and third party defendants
Steven Alevy and Bankers Capital

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., dba WESTLAND INDUSTRIES, and PRACTICAL FINANCE CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOSES STERN, aka MARK STERN; JOSHUA SAFRIN, FIRST REPUBLIC GROUP REALTY LLC, EPHRAIM FRENKEL, and LAND TITLE ASSOCIATES ESCROW, <br><br> Defendants. | CASE NO. 07 CV 11586 (LAK) (GWG) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that third party defendants Steven Alevy d/b/a Bankers Capital ("Bankers Capital"), by and through its undersigned attorneys, hereby respectfully move before the Honorable Gabriel W. Gorenstein, U.S.M.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 510, New York, NY 10007, for an order pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) dismissing with prejudice the Cross Claims of defendants Mark Stern and First Republic Realty Group LLC ("defendants") in the above-referenced action.

PLEASE TAKE FURTHER NOTICE that by agreement of the parties, defendants' opposition papers are due on September 15, 2008, and Bankers Capital's reply papers are due on October 15, 2008.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Bankers Capital will rely upon the accompanying memorandum of law dated August 1, 2008, the Certification of Marc D. Youngelson, executed on August 1, 2008, and the documents annexed thereto.

Dated: August 1, 2008

                                      SILLS CUMMIS & GROSS P.C.
                                      One Rockefeller Plaza
                                      New York, New York 10112
                                      Attorneys for plaintiffs and third party
                                      defendants Steven Alevy and Bankers
                                      Capital.

By: _____
      Philip R. White
      Marc D. Youngelson