UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMUSEMENT INDUSTRY INC. et al.,          :

        Plaintiffs,          :          ORDER

  -v.-          :
                                                 07 Civ. 11586 (LAK) (GWG)
MOSES STERN et al.,          :

        Defendant.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       On the consent of the parties, discovery in this matter is stayed and all other deadlines in this case are adjourned <u>sine</u> <u>die</u>.

       In addition, all pending motions (Docket ## 27, 35, 114, 116, 118, 121, 133, 139, 162) are withdrawn on consent. Any party may reinstate any of these motions by sending a letter to the Court so requesting.

       SO ORDERED.

       Dated: New York, New York
               September 4, 2008

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge