UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMUSEMENT INDUSTRY, INC. dba                    :
WESTLAND INDUSTRIES; and PRACTICAL
FINANCE CO., INC.,                              :

                Plaintiffs,             :   07 Civ. 11586 (LAK) (GWG)

     -v.-                                       :   ORDER 

MOSES STERN, aka MARK STERN; JOSHUA             :
SAFRIN; FIRST REPUBLIC GROUP REALTY
LLC; EPHRAIM FRENKEL; and LAND TITLE            :
ASSOCIATES ESCROW,
                                        :
                Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Defendant Joshua Safrin filed a third-party complaint that contains claims against Herrick, Feinstein LLP (Docket # 203). Herrick has moved to dismiss the third-party complaint as against it (Docket # 233). In its reply memorandum of law in support of this motion (Docket # 284), Herrick raised several new arguments, including lack of subject matter jurisdiction, to which Safrin has had no opportunity to respond.

     If Safrin wishes to respond to Herrick's new arguments, he may file a sur-reply brief on or before June 10, 2009.

     SO ORDERED.

Dated: May 27, 2009
       New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge