UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AMUSEMENT INDUSTRY, INC., etc., at ano.,

                      Plaintiffs,

          -against-                                          07 Civ. 11586 (LAK)

MOSES STERN, et al.,

                      Defendants.

------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion of Avery Egert and The Safrin Group, LLC, to dismiss the fourth-party complaint of third-party defendant Buchanan Ingersoll & Rooney, P.C. [DI 366] is denied, substantially for the reasons stated in the report and recommendation of Magistrate Judge Gabriel W. Gorenstein [DI 468] to which no objection has been filed.

        SO ORDERED.

Dated:        September 8, 2010

                                                                 Lewis A. Kaplan
                                                      United States District Judge