UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AMUSEMENT INDUSTRY, INC., etc., at ano.,

                              Plaintiffs,

               -against-                                    07 Civ. 11586 (LAK)

MOSES STERN, et al.,

                              Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This matter is before the Court on the motions of third-party defendants Buchanan Ingersoll & Rooney, PC ("BIR") and Friedman to dismiss (1) certain cross claims of defendant Egert [DI 407, 410], and certain of the claims against them by defendant Safrin [DI 432, 435].

        For substantially the reasons set forth in the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein [DI 550], to which no objections have been filed, the motions with respect to (1) Egert [DI 407, 410] are granted to the extent that Egert's third, fourth, fifth and sixth cross-claims against BIR and Friedman are dismissed, (2) Safrin [DI 432, 435] are granted to the extent that Safrin's first, second, fourth and fifth claims against BIR and Friedman are dismissed. All of the motions are denied in all other respects.

        SO ORDERED.

Dated:       March 11, 2011

                                                            Lewis A. Kaplan
                                                   United States District Judge