UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AMUSEMENT INDUSTRY, INC., etc., at ano.,

          Plaintiffs,

          -against-                                      07 Civ. 11586 (LAK)

MOSES STERN, et al.,

          Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This matter is before the Court on the motion [DI 448] of defendants Stern, FRG Corp., Frenkel and LTA to dismiss the third amended complaint. Magistrate Judge Gabriel W. Gorenstein, in an extensive Report and Recommendation [DI 551} recommended that the motion be granted in part and denied in part. The only objection is by plaintiffs, who object only with part of the last sentence of footnote 5 in the report which they concede is not necessary to the conclusion reached.

      Accordingly, I adopt the report and recommendation without passing on plaintiffs' point with respect to the portion of footnote 5 with which they take issue. The motion before me is granted to the extent set forth in the Conclusion of the report and recommendation and otherwise denied.

      SO ORDERED.

Dated:     March 11, 2011

                                                          Lewis A. Kaplan
                                                   United States District Judge