Gorenstein, G.  Mag.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMUSEMENT INDUSTRY, INC., dba<br>WESTLAND INDUSTRIES, and<br>PRACTICAL FINANCE CO., INC.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>MOSES STERN, aka MARK STERN,<br>JOSHUA SAFRIN, FIRST REPUBLIC<br>GROUP REALTY, LLC, EPHRAIM<br>FRENKEL, FIRST REPUBLIC GROUP<br>CORP., LAND TITLE ASSOCIATES<br>AGENCY, LLC aka LAND TITLE<br>ASSOCIATES, and AVERY EGERT,<br><br>                    Defendants.<br><br>AND RELATED CROSS ACTIONS | ECF Case<br><br>Case No. 07 Civ. 11586 (LAK) (GAG)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9/16/15 |

## STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(2), by and among Avery Egert ("Egert"), The Safrin Group, LLC a/k/a The Sovereign Group ("TSG," and together with Egert, the "Egert Parties") and Joshua Safrin ("Safrin," and together with the Egert Parties, the "Safrin/Egert Parties"), by and through their undersigned counsel, and Mark Stern ("Stern") and First Republic Group Corp. ("FRG Corp., and together with Stern, the "Stern Parties"), as follows:

1.  The claims and causes of action asserted by the Safrin/Egert Parties against the Stern Parties in the above-captioned action are dismissed with prejudice and without costs.

2. The claims and causes of action asserted by the Stern Parties against the Safrin/Egert Parties in the above-captioned action are dismissed with prejudice and without costs.

This Stipulation may be signed in counterparts, and facsimile or PDF signatures shall be treated as originals.

Dated: September 10, 2015

RAKOWER LUPKIN PLLC

Michael C. Rakower, Esq.
Rebecca C. Smithwick, Esq.
488 Madison Avenue, 18th Floor
New York, New York 10022
Tel: (212) 660-5550
Fax: (212)

*Attorneys for Avery Egert and
The Safrin Group, LLC a/k/a
The Sovereign Group*

NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

Thomas M. Wood, IV., Esq.
Nichole M. Galvin, Esq.
One South Street, 27th Floor
Baltimore, Maryland 21202
Tel: (410) 332-8523
Fax: (410) 332-8564

*Attorneys for Joshua Safrin*

2.  The claims and causes of action asserted by the Stern Parties against the Safrin/Egert Parties in the above-captioned action are dismissed with prejudice and without costs.

This Stipulation may be signed in counterparts, and facsimile or PDF signatures shall be treated as originals.

Dated: _____, 2015

RAKOWER LUPKIN PLLC

_____
Michael C. Rakower, Esq.
Rebecca C. Smithwick, Esq.
488 Madison Avenue, 18th Floor
New York, New York 10022
Tel: (212) 660-5550
Fax: (212)

*Attorneys for Avery Egert and
The Safrin Group, LLC a/k/a
The Sovereign Group*

NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

/s/ Thomas M. Wood

Thomas M. Wood, IV., Esq.
Nichole M. Galvin, Esq.
One South Street, 27th Floor
Baltimore, Maryland 21202
Tel: (410) 332-8523
Fax: (410) 332-8564

*Attorneys for Joshua Safrin*

Mark Stern

First Republic Group Corp.

By: _____
Name: ~~MOSES~~ STERN
Title: DIR.

**SO ORDERED:**

Dated Spt 11, 2015
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge