UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMUSEMENT INDUSTRY, INC., etc., et ano.,

        Plaintiffs,

    –against–           07-cv-11586 (LAK)

MOSES STERN, etc., et ano.,.

        Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-4-17

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    In two reports and recommendations dated December 1, 2016 [DI 886, DI 887], Magistrate Judge Gabriel W. Gorenstein recommended that:

*DI 886*

    The motion for prejudgment interest [DI 872] be granted and that an amended judgment be entered against defendant Moses Stern a/k/a Mark Stern in the amount of $13,000,000 plus interest at the rate of $3,205.48 per day from July 13, 2007 to the date of judgment, and

*DI 887*

    The motion for a default judgment [DI 866] be and that a default judgment be entered against defendant First Republic Group Corp. in the amount of $13,000,000 plus interest at the rate of $3,205.48 per day from July 13, 2007 to the date of judgment, and

    As all other parties have settled or have been or must be dismissed from the case, the Clerk be directed to close the case.

    No objections have been filed with respect to either report and recommendation. Accordingly, (1) the motions for prejudgment interest [DI 872] and for a default judgment [DI 866] be and they hereby are granted. The Clerk is directed to enter an amended judgment against defendant Moses Stern a/k/a Mark Stern and a judgment against First Republic Group Corp., each

in the amount of $13,000,000 plus interest at the rate of $3,205.48 per day from July 13, 2007 to the date of judgment. For the reasons stated by Magistrate Judge Gorenstein, the Clerk shall close the case and terminate any and all heretofore unresolved motions.

SO ORDERED.

Dated:   January 3, 2017

/s/   Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge